UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>    PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>    DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br><br>MOTION TO FILE UNDER SEAL |

NOW COMES JOHN DOE, Plaintiff herein, and respectfully requests this Court permit him to file a motion under seal. The contents of that motion more fully explain it nature, basis and reasons why Plaintiff is requesting it be filed under seal.

    /s/Dean Boland
    Dean Boland 65693
    18123 Sloane Avenue
    Lakewood, Ohio 44107
    dean@deanboland.com
    216.529.9371 phone
    216.803.2131 fax
    Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing was served March 1, 2007 by regular U.S. mail to all Defendants at the addresses listed on the complaint for each Defendant.

    /s/Dean Boland
    Dean Boland 65693