**Motion Condtionally Granted upon filing of Certificate of Good Standing**
**s/ Jack Zouhary 3/2/07**
**U. S. District Judge**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge:<br><br>Magistrate Judge:<br><br>MOTION FOR ADMISSION OF<br>OHIO ATTORNEY<br>PRO HAC VICE |

    NOW COMES JOHN DOE, Plaintiff herein, and respectfully requests this Court authorize Brandie Hawkins, 124 S. Metcalf Street, Lima, Ohio 45801, Supreme Court Registration Number 0078485 a duly licensed Ohio attorney to be admitted pro hac vice as counsel in this case to join with existing counsel, Dean Boland.

    Brandie Hawkins is a member in good standing of the Bar of the Supreme Court of the State of Ohio. The undersigned has personal knowledge about the competence, experience and abilities of Ms. Hawkins and can assert to this court she is qualified to be admitted pro hac vice in this matter.

/s/Dean Boland
Dean Boland 65693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for Plaintiff