Motion Granted
s/ *Jack Zouhary*
United States District Judge
3/2/07

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>　　　　PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>　　　　DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br><br>MOTION TO FILE UNDER SEAL |

　　NOW COMES JOHN DOE, Plaintiff herein, and respectfully requests this Court permit him to file a motion under seal. The contents of that motion more fully explain it nature, basis and reasons why Plaintiff is requesting it be filed under seal.

　　　　　　　　　　　　　　　　/s/Dean Boland
　　　　　　　　　　　　　　　　Dean Boland 65693
　　　　　　　　　　　　　　　　18123 Sloane Avenue
　　　　　　　　　　　　　　　　Lakewood, Ohio 44107
　　　　　　　　　　　　　　　　dean@deanboland.com
　　　　　　　　　　　　　　　　216.529.9371 phone
　　　　　　　　　　　　　　　　216.803.2131 fax
　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　CERTIFICATE OF SERVICE

　　A copy of the foregoing was served March 1, 2007 by regular U.S. mail to all Defendants at the addresses listed on the complaint for each Defendant.

　　　　　　　　　　　　　　　　/s/Dean Boland
　　　　　　　　　　　　　　　　Dean Boland 65693