# MINUTES OF PROCEEDINGS

United States District Court
Northern District of Ohio, Western Division

John Doe

vs.

Sexsearch.com, et al.

Date: March 2, 2007

Judge: Jack Zouhary

Case Number: 07-CV-604

Court Reporter: Tracey Spore

**T**rial to ☐ Court ☐ Jury
☐ Opening Statements of Counsel
**P**laintiff's case   ☐ begun   ☐ continued   &   ☐ not concluded   ☐ concluded
**D**efendant's case   ☐ begun   ☐ continued   &   ☐ not concluded   ☐ concluded
☐ Testimony Taken (See Witness List)
☐ Rebuttal of Plaintiff    ☐ Surrebuttal of Defendant
☐ Final Arguments    ☐ Charge to the Jury
**J**ury Deliberations ☐ Begun   ☐ Continued   &   ☐ Not Concluded   ☐ Concluded

**A**djourned until _____ at _____

The Court held an ex parte TRO Hearing on March 2, 2007. Plaintiff was represented by

Attorneys Dean Boland and Brandie Hawkins. After argument on the record, the Court granted Plaintiff's

request to proceed ex parte, and granted Plaintiff's Motion for a Temporary Restraining Order. A written

Temporary Restraining Order will follow.

3 hours

Exhibits located in _____     /s/ Adam Nightingale 3/2/07