IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                                    Case No. 3:07 CV 604

                Plaintiff,    <u>PROTECTIVE ORDER</u>

      -vs-

                              JUDGE JACK ZOUHARY

SexSearch.com, et al.,

                Defendants.

      This matter is before the Court on Plaintiff's Motion for a Protective Order (Doc. No. 2).

      Plaintiff shall reveal only to the Court and to Defendants, at their request, the names and addresses of Plaintiff John Doe and the minor child identified in the Complaint as Jane Roe, to the extent such information is known by Plaintiff's counsel, as well as the case number of the criminal case involving Plaintiff.

      The identities and addresses of Plaintiff John Doe and Jane Roe, the case number of the criminal case involving Plaintiff, and the Plaintiff's county of residence (listed on the Civil Cover Sheet) are held under seal and shall not, by any means, be made available to anyone other than the Court or Defendants. Further, Defendants shall not disclose this information to any third party.

      Accordingly, Plaintiff's Motion for a Protective Order (Doc. No. 2) is granted.

      IT IS SO ORDERED.

                                                                s/ *Jack Zouhary*
                                                               JACK ZOUHARY
                                                               U. S. DISTRICT JUDGE

                                                               March 2, 2007