AO 440 (Rev. 08/06) Summons in a Civil Action

# United States District Court

## NORTHERN DISTRICT OF OHIO

John Doe

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 3:07CV604

Sexsearch.com, et al.

Judge: Zouhary

Magistrate Judge:

TO: (Name and address of defendant)

Cyber Flow Solutions, Inc. 6565 Sunset Boulevard Suite #400 Los Angeles, CA 90028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dean Boland 18123 Sloane Avenue Lakewood, Ohio 44107

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk

DATE: March 2, 2007

s/ LoriAnne MacKenzie
(By) Deputy Clerk

# RETURN OF SERVICE

DATE: 030507

Service of the Summons and Complaint was made by me

Name of SERVER (PRINT): SYMPHONYE' BISHOP

TITLE:

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: RECEPTIONIST WHO DID NOT IDENTIFY HERSELF. FEMALE, WHITE, YOUNG. CONTROLLED ACCESS TO OFFICE.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 20.00 | 20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: (Date) 030707

Signature of Server: [signature]

Address of Server:
7225 HOLLYWOOD BLVD
HOLLYWOOD, CA, 90046

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.