**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mauricio Bedoya
8306 Mills Drive
Suite #390
Miami, FL 33183

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Blake Wagner C. Date of Delivery 3-9-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0750 0002 5007 7589

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

sexsearch.com
c/o Anna M. Vradenburg
Koppel, Patrick, Heybl, & Dawson
555 St. Charles Drive
Suite # 107
Thousand Oaks, CA 91360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen Jones ☐ Agent ☒ Addressee

B. Received by (Printed Name) KAREN JONES C. Date of Delivery 3-7-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

'icle Number 'nsfer from service label) 7004 0750 0002 5007 7626

n 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jenna Jameson
(aka Jenna Marie Massoli)
8390 E. Via de Ventura
Ste F110 # 258
Scottsdale, AZ 85258

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) John S. Esposito C. Date of Delivery 3-7-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0750 0002 5007 6339

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Dockets.Justia.com

Mar 12 07 08:03p Swickrath's Inc. 419-339-2410 p.2

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Brandie L. Hawkins**
Attorney At Law
124 South Metcalf Street
Lima, Ohio 45801

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Brandie L. Hawkins**
Attorney At Law
124 South Metcalf Street
Lima, Ohio 45801

008

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Brandie L. Hawkins**
Attorney At Law
124 South Metcalf Street
Lima, Ohio 45801

