**MINUTES OF PROCEEDINGS**

United States District Court
Northern District of Ohio, Western Division

Doe

vs.

Sexsearch.com, et al.

Date: March 13, 2007
Judge: Jack Zouhary
Case Number: 07-CV-604
Court Reporter: Angela Nixon

Trial to ☐ Court ☐ Jury
☐ Opening Statements of Counsel
Plaintiff's case ☐ begun ☐ continued & ☐ not concluded ☐ concluded
Defendant's case ☐ begun ☐ continued & ☐ not concluded ☐ concluded
☐ Testimony Taken (See Witness List)
☐ Rebuttal of Plaintiff ☐ Surrebuttal of Defendant
☐ Final Arguments ☐ Charge to the Jury
Jury Deliberations ☐ Begun ☐ Continued & ☐ Not Concluded ☐ Concluded

Adjourned until _____ at _____

The Court held a Preliminary Injunction / Temporary Restraining Order Hearing on March 13, 2007, at 9:00 a.m. Attorneys Brandie Hawkins and Dean Boland appeared on behalf of Plaintiff. No Defendant or defense representative appeared, despite efforts to secure their attendence. The Court ordered Plaintiff to file a written certification of his efforts to notify Defendants (as required by Rule 65). The Court extended the terms of the TRO filed on March 2, 2007 (Doc. No. 11). A written Order will follow.

30 min.

Exhibits located in _____      /s/ Adam Nightingale 3/13/07