IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                          Case No. 3:07 CV 604

                Plaintiff,               <u>ORDER</u>

      -vs-
                                                   JUDGE JACK ZOUHARY
SexSearch.com, et al.,

                Defendants.

      The Court held a Preliminary Injunction / Temporary Restraining Order Hearing on March 13, 2007 at 9:00 a.m. Attorneys Dean Boland and Brandie Hawkins appeared on behalf of Plaintiff. No Defendants or defense attorneys appeared, despite attempts by Plaintiff and the Court to secure attendance.

      Federal Civil Rule 65(b) permits the Court to extend a temporary restraining order "for good cause shown." Fed. R. Civ. P. 65(b). In the instant action, the Court determined that good cause existed for granting the initial Temporary Restraining Order (Doc. No. 11), and the circumstances supporting that Order have not changed. Extension of this Order is necessary, as Defendants have chosen not to appear. Accordingly, the Temporary Restraining Order filed March 2, 2007 is extended as follows:

      1.     Defendants may not transfer, by sale or lease, or liquidate any collateral or assets, including domain names, owned or controlled by Cyber Flow Solutions, Inc., SexSearch.com, SexSearchcom.com, Manic Media, and Orgasm.com outside of the ordinary course of business;

2.	Because this Order is very limited in scope and the Court has determined that Defendants will not be harmed in any manner by this Order, no bond is necessary;

3.	This Order is in effect until **March 21, 2007 at 10:00 a.m.**, at which time the Court will hold a Preliminary Injunction Hearing.

**The Court expects each Defendant to follow the terms of this Order.  Failure to comply with the terms of this Order, or to appear at the March 21, 2007 hearing, will result in sanctions.**

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE