

# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE®**

**Customer Copy**
Label 11-B, March 2004

## Post Office To Addressee



EB 185995612 US

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage | |
|---|---|---|---|
| 44181 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 17.15 | |
| **Date Accepted** | Scheduled Date of Delivery | Return Receipt Fee | |
| 03 03 07 | Month  Day | $ | |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| **Time Accepted** ☐ AM | ☐ Noon  ☐ 3 PM | $ | $ |
| 2221 ☐ PM | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 17.15 | |
| Flat Rate ☐ or Weight lbs. ozs. | Int'l Alpha Country Code CA | Acceptance Emp. Initials KW | |

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo. Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |
| **Delivery Date** | Time | ☐ AM ☐ PM | Employee Signature |
| Mo. Day | | | |

### CUSTOMER USE ONLY

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ **NO DELIVERY** Weekend ☐ Holiday

Mailer Signature

**FROM:** (PLEASE PRINT) PHONE ( )

D. BOLAND
18123 SLOANE AVE.
LAKEWOOD OH 44107

**TO:** (PLEASE PRINT) PHONE ( )

FIESTA CATERING INT'L INC.
C/O
BORDEN LADNER GERVAIS LLP
100 QUEEN ST. SUITE 100
OTTAWA ON K1P1J9 CA

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

CANADA

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**





Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EB18 5995 612U S**
Detailed Results:

- **Delivered Abroad, March 08, 2007, 11:02 am, CANADA**
- **At Foreign Delivery Unit, March 08, 2007, 7:33 am, CANADA**
- **Out of Foreign Customs, March 07, 2007, 4:21 pm, CANADA**
- **Into Foreign Customs, March 07, 2007, 12:49 pm, CANADA**
- **Arrived Abroad, March 07, 2007, 12:49 pm, CANADA**
- **International Dispatch, March 04, 2007, 5:24 pm, Chicago (O'Hare) AMC**
- **Enroute, March 04, 2007, 5:23 pm, CHICAGO, IL 60666**
- **Acceptance, March 03, 2007, 10:21 pm, CLEVELAND, OH 44181**
- **Enroute, March 03, 2007, 8:53 pm, CLEVELAND, OH 44181**

< Back          Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >


**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**Service Guarantee:** *Express Mail international mailings are not covered by this service agreement. Military shipments delayed due to customs inspections are also excluded.*
If the shipment is mailed at a designated USPS Express Mail facility on or before the specified deposit time for overnight or second delivery day delivery to the addressee, delivery to the addressee or agent will be attempted before the applicable guaranteed time. Signature of the addressee, the addressee's agent, or delivery employee is required upon delivery. If a delivery attempt is not made by the guaranteed time and the mailer files a claim for a refund, the USPS will refund the postage, unless the delay was caused by: proper detention by law enforcement purposes; strike or work stoppage; late deposit of shipment; forwarding, return, incorrect address, or incorrect ZIP code; delay or cancellation of flights; governmental action beyond the control of the Postal Service or air carriers; war, insurrection, or civil disturbance; breakdowns of a substantial portion of the USPS transportation network resulting from events or factors outside the control of the Postal Service or acts of God.

A notice is left for the addressee when an item cannot be delivered on a first attempt. If the item cannot be delivered on the second attempt and is not claimed by the addressee within five days of the second attempt, it will be returned to sender at no additional postage.

Please consult your local Express Mail directory for noon and 3 p.m. delivery areas and for information on international and military Express Mail services. See the Domestic Mail Manual for details.

**Insurance Coverage:** Insurance is provided only in accordance with postal regulations in the *Domestic Mail Manual* (DMM) and, for international shipments, the *International Mail Manual* (IMM). The DMM and IMM set forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Copies of the DMM and IMM are available for inspection at any post office and online at pe.usps.gov. If copies are not available on Express Mail insurance is requested, please contact postmaster prior to mailing. The DMM and IMM consist of federal regulations, and USPS personnel are NOT authorized to change or waive these regulations or grant exceptions. Limitations prescribed in the DMM and IMM provide, in part, that:

- The contents of Express Mail shipments defined by postal regulations as merchandise are insured against loss, damage, or rifling. Coverage up to $100 per shipment is included at no additional charge. Additional merchandise insurance up to $5,000 per shipment may be purchased for an additional fee; however, additional insurance is void if waiver of the addressee's signature is requested.
- Coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the limit fixed for the insurance coverage obtained.
- Items defined by postal regulations as "negotiable items" (items that can be converted to cash without resort to forgery), currency, or bullion are insured up to a maximum of $15 per shipment.
- For international Express Mail shipments, insurance coverage may vary by country and may not be available to some countries. Indemnity is not paid for items containing coins, banknotes, currency notes (paper money); securities of any kind payable to the bearer; traveler's checks; platinum, gold, and silver (manufactured or not); precious stones, jewelry, and other valuable or prohibited articles.
- Items defined by postal indemnity regulations as "nonnegotiable documents" are insured against loss, damage, or rifling of up to $100 per shipment for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per shipment is NOT available, and attempts to purchase additional document insurance are void.
- No coverage is provided for consequential losses due to loss, damage, or delay of Express Mail, or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail.

**COVERAGE, TERMS AND LIMITATIONS ARE SUBJECT TO CHANGE.** Please consult Domestic Mail Manual and International Mail Manual, both of which are available at pe.usps.gov, for additional limitations and terms of coverage.

**Claims:** Original customer receipt of the Express mail label must be presented when filing an indemnity claim and/or for a postage refund.

1. All claims for delay, loss, damage, or rifling must be made within 90 days of the date of mailing; for international, call 1-800-222-1811.
2. Claim forms may be obtained and filed at any post office.
3. To file a claim for damage, the article, container, and packaging must be presented to the USPS for inspection. To file a claim for loss of contents, the container and packaging must be presented to the USPS for inspection. **PLEASE DO NOT REMAIL. THANK YOU FOR CHOOSING EXPRESS MAIL.**