**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                                    ☐ Agent
                                                     ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery

1. Article Addressed to:

Cyber Flow Solutions, Inc.
6565 Sunset Boulevard
Suite # 400
Los Angeles, CA 90028

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)      7004 0750 0002 5007 6377

PS Form 3811, February 2004        Domestic Return Receipt                102595-02-M-154

Dockets.Justia.com



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

Brandie L. Hawkins
Attorney At Law
124 South Metcalf Street
Lima, Ohio 45801