| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Damian Cross<br>aka Damian I. Cross<br>6565 Sunset Boulevard<br>Suite 400<br>Los Angeles, CA 90028 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:       ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)              ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 0750 0002 5007 7565 |
| PS Form 3811, February 2004 | Domestic Return Receipt         102595-02-M-154 |

Dockets.Justia.com

