| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addresse<br>B. Received by ( Printed Name)    C. Date of Deliver |
| 1. Article Addressed to:<br><br>Manic Media<br>(aka Manic Media, Inc.)<br>6565 Sunset Boulevard<br>Suite #400<br>Los Angeles, CA 90028 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandis<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0002 5007 7503 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-154



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4 in this box °

Brandie L. Hawkins
Attorney At Law
124 South Metcalf Street
Lima, Ohio 45801