# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| v. | ) | Richard M. Kerger (0015864) |
| | ) | KERGER & ASSOCIATES |
| | ) | 33 S. Michigan Street, Suite 100 |
| SexSearch.com, et al., | ) | Toledo, Ohio 43604 |
| | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| Defendants. | ) | |
| | ) | Counsel for Defendants |
| | ) | |

Now comes Richard M. Kerger of Kerger & Associates and enters his appearance as counsel for all defendants in this matter.

Respectfully submitted,

/s/ Richard M. Kerger
RICHARD M. KERGER (0015864)
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

   This is to certify that a copy of the foregoing has been electronically filed this 16th day of March, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System.


                   /s/ Richard M. Kerger