## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **AMENDED ENTRY OF** |
| | ) | **APPEARANCE** |
| v. | ) | |
| | ) | Richard M. Kerger (0015864) |
| | ) | KERGER & ASSOCIATES |
| SexSearch.com, et al., | ) | 33 S. Michigan Street, Suite 100 |
| | ) | Toledo, Ohio 43604 |
| | ) | Telephone: (419) 255-5990 |
| Defendants. | ) | Fax: (419) 255-5997 |
| | ) | |
| | ) | Counsel for Defendant |
| | ) |   Experienced Internet.com, Inc. |
| | ) | |

Undersigned counsel inadvertently entered his appearance on behalf of all defendants. In fact he is only appearing specially on behalf of Experienced Internet.com, Inc. and his mistaken and unauthorized appearance on behalf of other defendants is withdrawn.

Respectfully submitted,

/s/ Richard M. Kerger
RICHARD M. KERGER (0015864)
Counsel for Defendant
  Experienced Internet.com, Inc.

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been electronically filed this 16th day of March, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System.


                  /s/ Richard M. Kerger _____