## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## NON-APPEAL TRANSCRIPT ORDER

**TO BE COMPLETED BY ORDERING PARTY**

COURT REPORTER: Nixon, Angela          JUDICIAL OFFICER: Zouhary

REQUESTED BY  Richard M. Kerger                    PHONE  419-255-5990

CASE NAME  John Doe v. SexSearch.com, et al.

CASE NUMBER  07-cv-604          DATE(S) OF PROCEEDINGS  March 13, 2007

TODAY'S DATE  March 16, 2007     REQUESTED COMPLETION DATE  ASAP

**FINANCIAL ARRANGEMENTS MUST BE MADE WITH THE COURT REPORTER BEFORE TRANSCRIPT IS PREPARED. IF THE METHOD OF PAYMENT IS AUTHORIZED UNDER CJA, ATTACH CJA FORM 24 AND CHECK HERE ☐.**

_____
Signature of Ordering Party

### MAXIMUM RATE PER PAGE

| TRANSCRIPT TYPE | Original | First Copy to each party | Each Add'l Copy |
|---|---|---|---|
| **Ordinary**: A transcript to be delivered within thirty (30) days after receipt of order | $3.30 | $.83 | $.55 |
| **Expedited**: A transcript to be delivered within seven (7) days after receipt of order | $4.40 | $.83 | $.55 |
| **Daily**: A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually be a court day | $5.50 | $1.10 | $.83 |
| **Hourly**: A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours | $6.60 | $1.10 | $.83 |
| **Realtime Unedited Transcript**: a draft transcript produced by a Certified Realtime Reporter (CRR) as a byproduct of realtime to be delivered electronically during the proceedings or immediately following adjournment. **NOTE**: Litigants who order realtime transcript are required to purchase an original certified transcript of the same pages of realtime unedited transcript at the regular rates (ordinary, expedited, daily or hourly). Litigants who order a copy of a realtime unedited transcript will be required to purchase a certified copy of the same pages at the regular copy rates (ordinary, expedited, daily, or hourly). | $2.75 Plus cost of original certified transcript of the same pages (ordinary, expedited, daily, or hourly) | $1.10 Plus cost of certified copies of the same pages (ordinary, expedited, daily, or hourly) | |

Local Civil Rule 80.1 of the Northern District of Ohio requires transcript orders to be addressed to the court reporter who took the proceeding and filed with the Clerk of Court. Please electronically file the form and the appropriate court reporter and court staff will receive notification of the filing.