## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | Max Kravitz (0023765) |
| | ) | Kravitz, Brown & Dortch, LLC |
| SexSearch.com, et al., | ) | 145 E. Rich St. |
| | ) | Columbus, Ohio 43215 |
| | ) | Telephone:  (614) 464-2000 |
| Defendants. | ) | Facsimile:   (614) 464-2002 |
| | ) | |
| | ) | Counsel for Specially Appearing |
| | ) | Defendants Stallion.com FSC Limited, |
| | ) | DNR, and Manic Media (aka Manic |
| | ) | Media, Inc.) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Now comes Max Kravitz of Kravitz, Brown & Dortch, LLC, and enters his special appearance as counsel for specially appearing defendants Stallion.com FSC Limited, DNR, and Manic Media (aka Manic Media, Inc.).

1

Dockets.Justia.com

Respectfully submitted,


/s/ Max Kravitz
Max Kravitz (0023765)
Counsel for Specially Appearing Defendants
Stallion.com FSC Limited, DNR, and Manic
Media (aka Manic Media, Inc.)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing has been electronically filed this 19th day of March, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ Max Kravitz