UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
c/o DEAN BOLAND, ESQ.

    Plaintiff,

v.

SEXSEARCH.COM;
SEXSEARCHCOM.COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC MEDIA,
INC.); STALLION.COM FSC LIMITED; CJ,
INC.; CJI, INC.; CLUB JENNA, INC.; DNR;
EXPERIENCED INTERNE.COM, INC.;
FIESTA CATERING INTERNATIONAL,
INC. (A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM SMALL;
CAMELIA FRANCIS; DAMIAN CROSS
(A/K/A DAMIAN I. CROSS); ED KUNKEL;
MAURICIO BEDOYA; PATRICIA
QUESADA; RICHARD LEVINE;
MONIKER ONLINE SERVICES, LLC.,

    Defendants

Case No. 3:07-cv-604
Judge: Hon. Jack Zouhary
Magistrate Judge:

_____/

JAFFE RAITT HEUER & WEISS, P.C.
By: Scott Torpey (0081561)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
Attorneys for Cyber Flow Solutions, Inc.

DEAN M. BOLAND
By: Dean M. Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
(216) 529-9371
Attorneys for Plaintiff

_____/

## SPECIAL APPEARANCE OF COUNSEL

 Please enter our special appearance as attorneys for Cyber Flow Solutions, Inc. in the above-styled and numbered matter. By filing this special appearance and the Motion for an Order Continuing Plaintiff's Motion for Preliminary Injunction and Other Related Relief,

1362298 v1

defendant Cyber Flow Solutions, Inc., is not waiving its right to challenge this Court's jurisdiction under Fed. R. Civ. P. 12. The undersigned requests that all documents given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

      Scott R. Torpey, Esq.
      Jaffe, Raitt, Heuer & Weiss, Pc
      27777 Franklin Road, Suite 2500
      Southfield, Michigan 48034
      Phone—(248) 351-3000
      Fax—(248) 351-3082
      storpey@jaffelaw.com

      s/Scott R. Torpey
      Jaffe, Raitt, Heuer & Weiss
      27777 Franklin Road, Suite 2500
      Southfield, Michigan 48034-8214
      Phone: (248) 351-3000
      E-mail:storpey@jaffelaw.com
      Bar No: (0081561)

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Dean M. Boland
18123 Sloane Avenue
Lakewood, OH 44107

Dated: March 19, 2007

      s/Scott R. Torpey
      Jaffe, Raitt, Heuer & Weiss
      27777 Franklin Road, Suite 2500
      Southfield, Michigan 48034-8214
      Phone: (248) 351-3000
      E-mail:storpey@jaffelaw.com
      Bar No: (0081561)

1362298 v1