IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No. 3:07CV604 |
| Plaintiff, | Hon. Jack Zouhary |
| v | |
| SexSearch.com, et al., | |
| Defendants. | |

Scott R. Torpey (0081561)
Jaffe Raitt Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
Facsimile: (248) 351-3082

Counsel for Specially Appearing
Defendant Cyber Flow Solutions,
Inc.

Dean M. Boland (0065693)
Dean M. Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
Telephone:   (216) 529-9371
Facsimile:   (216) 803-2131
Attorneys for Plaintiff

### DEFENDANT CYBER FLOW SOLUSIONS, INC.'S MOTION FOR AN ORDER CONTINUING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR OTHER RELATED RELIEF

Specially appearing defendant Cyber Flow Solutions, Inc. ("Cyber Flow") seeks a continuance of the hearing on Plaintiff's preliminary injunction motion and related relief. Specifically, Cyber Flow requests an order: (1) unsealing the papers Plaintiff filed in support of his *ex parte* application for a temporary restraining order ("TRO") and motion for a preliminary injunction; (2) ordering Plaintiff's counsel to serve those unsealed moving papers on these Defendants' counsel via email; (3) allowing these Defendants to file papers in opposition to the preliminary injunction motion at least 10

1

days after the moving papers are served; (4) continuing the hearing on Plaintiff's preliminary injunction motion to a date convenient to the Court and after these Defendants have had an opportunity to file its papers in opposition; and (5) extending the TRO currently in effect until the Court holds the hearing on the preliminary injunction motion. As the reasons in support of these Defendants' motion are exactly the same as the reasons put forth by Defendant Experienced Internet.com, Inc. in its motion for the same relief Cyber Flow respectfully, with the permission of counsel for Experienced Internet.com, Inc., incorporate herein the arguments made in that motion as if stated anew herein.

Cyber Flow additionally adds that it has not been trying to avoid the Court and it did not deliberately fail to appear at the hearing on the motion for preliminary injunction scheduled for last week. No person involved was directly personally served; rather a process server left the service papers with a receptionist; it took a few days for the papers to get to the proper individuals within the company, and then to hire counsel. Cyber Flow has no objection to the continuance of the TRO in effect, so that Cyber Flow may have adequate time to obtain, analyze and oppose the moving papers.

            s/Scott R. Torpey
            Jaffe, Raitt, Heuer & Weiss
            27777 Franklin Road, Suite 2500
            Southfield, Michigan 48034-8214
            Phone: (248) 351-3000
            E-mail:storpey@jaffelaw.com
            Bar No: (0081561)

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been electronically filed this 19th day of March, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

                                            s/Scott R. Torpey  
                                            Jaffe, Raitt, Heuer & Weiss  
                                            27777 Franklin Road, Suite 2500  
                                            Southfield, Michigan 48034-8214  
                                            Phone: (248) 351-3000  
                                            E-mail:storpey@jaffelaw.com  
                                            Bar No: (0081561)