# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No. 3:07CV604 |
| Plaintiff, | Hon. Jack Zouhary |
| v. | **DEFENDANT EXPERIENCED INTERNET.COM, INC.'S MOTION TO ADMIT PRO HAC VICE** |
| SexSearch.com, et al., | Richard M. Kerger (0015864) |
| Defendants. | KERGER & ASSOCIATES |
| | 33 S. Michigan Street, Suite 100 |
| | Toledo, Ohio 43604 |
| | Telephone: (419) 255-5990 |
| | Fax: (419) 255-5997 |
| | Counsel for Specially Appearing Defendant Experienced Internet.com, Inc. |

Specially appearing defendant Experienced Internet.com, Inc. respectfully requests this Court admit the following *pro hac vice* as counsel in this case for Experienced Internet.com, Inc. to join with existing counsel, Richard M. Kerger:

> Dana Milmeister
> The Kaufman Law Group
> 1925 Century Park East
> Suite 2350
> Los Angeles, California 90067
> 310-286-2202
> Dana@GaryJKaufmanlaw.com

Ms Milmeister is a member in good standing of the Bar of the Supreme Court of the State of California, and the United States District Court for the Central District of California Attached hereto as Exhibit A is a true and correct copy of a certificate of good standing for Ms Milmeister.

Respectfully submitted,

/s/ Richard M. Kerger
RICHARD M. KERGER (0015864)
Counsel for Defendant
Specially Appearing Defendant Experienced Internet.com, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been electronically filed this 19th day of March, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Richard M. Kerger

# EXHIBIT A

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Dana Milmeister, Bar No. 167307

was duly admitted to practice in this Court on December 8, 1993

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on March 16, 2007

*DATE*



SHERRI R. CARTER, CLERK

By Brenda L. Brannon
Brenda Brannon, Deputy Clerk

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR