UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
C/O DEAN BOLAND, ESQ.

        Plaintiff,

v.

SEXSEARCH.COM;
SEXSEARCHCOM.COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC MEDIA,
INC.); STALLION.COM FSC LIMITED; CJ,
INC.; CJI, INC.; CLUB JENNA, INC.; DNR;
EXPERIENCED INTERNE.COM, INC.;
FIESTA CATERING INTERNATIONAL,
INC. (A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM SMALL;
CAMELIA FRANCIS; DAMIAN CROSS
(A/K/A DAMIAN I. CROSS); ED KUNKEL;
MAURICIO BEDOYA; PATRICIA
QUESADA; RICHARD LEVINE; MONIKER
ONLINE SERVICES, LLC.,

        Defendants.

Case No. 3:07-cv-604
Judge: Jack Zouhary

JAFFE RAITT HEUER & WEISS, P.C.
By:   Scott Torpey (0081561)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
Attorneys for Cyber Flow Solutions, Inc.

DEAN BOLAND
By:   Dean Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
(216) 529-9371
Attorneys for Plaintiff

### PETITION TO ADMIT ATTORNEY, WILLIAM D. ADAMS, PRO HAC VICE

NOW COMES Scott R. Torpey of the law firm of Jaffe Raitt Heuer & Weiss, P.C. and moves this Court for entry of the Order (attached as Exhibit A) permitting William D. Adams to

1362297.01

become admitted pro hac vice as counsel for Cyber Flow Solutions, Inc in this case for the following reasons:

1. Attorney William D. Adams id an associate with the law firm of Jaffe Raitt Heuer & Weiss, P.C., Suite 2400, 27777 Franklin Road, Southfield, Michigan Phone Number (248) 351 – 3000, Fax Number (248) 351-3082, E-mail Address wadams@jaffelaw.com, P-Number - 54404  Cyber Flow Solutions, Inc has retained Jaffe Raitt Heuer & Weiss, P.C., to act as counsel for Cyber Flow Solutions, Inc., relative to this litigation. While working on this case, Mr Adams will be under the direction of the undersigned, who is a partner at Jaffe Raitt Heuer & Weiss, P.C., and licensed to practice law in the State of Ohio.

2. William D. Adams is a member in good standing of the Bar of Michigan and has not been denied admission or disciplined by any court. (See attached Exhibit B, William D. Adams' Affidavit.) A certificate of good standing is presently on order from the State Bar of Michigan and will be filed with this Court as soon as it is available.

WHEREFORE, the undersigned counsel respectfully requests this Court enter the Order (attached as Exhibit A) permitting attorney William D. Adams of the firm of Jaffe Raitt Heuer & Weiss, P.C., to appear as counsel of record in this case on behalf of Defendant, Cyber Flow Solutions, Inc.

Respectfully submitted,

/S/
Scott R. Torpey (0081561)
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Road, Ste. 2500
Southfield, Michigan 48034-8214
(248) 351-3000
Counsel for Cyber Flow Solutions, Inc.

Dated: March 19, 2007

1362297 01

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
C/O DEAN BOLAND, ESQ.

        Plaintiff,

v

SEXSEARCH.COM;
SEXSEARCHCOM.COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC
MEDIA, INC.); STALLION.COM FSC
LIMITED; CJ, INC.; CJI, INC.; CLUB
JENNA, INC.; DNR; EXPERIENCED
INTERNE.COM, INC.; FIESTA
CATERING INTERNATIONAL, INC.
(A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM
SMALL; CAMELIA FRANCIS; DAMIAN
CROSS (A/K/A DAMIAN I. CROSS); ED
KUNKEL; MAURICIO BEDOYA;
PATRICIA QUESADA; RICHARD
LEVINE; MONIKER ONLINE SERVICES,
LLC.,

        Defendants
_____/

Case No. 3:07-cv-604
Judge: Jack Zouhary

| | |
|---|---|
| JAFFE RAITT HEUER & WEISS, P.C. | DEAN BOLAND |
| By:   Scott Torpey (0081561) | By:   Dean Boland (0065693) |
| 27777 Franklin Road, Suite 2500 | 18123 Sloane Avenue |
| Southfield, Michigan 48034 | Lakewood, Ohio 44107 |
| (248) 351-3000 | (216) 529-9371 |
| Attorneys for Cyber Flow Solutions, Inc. | Attorneys for Plaintiff |

**CERTIFICATE OF SERVICE**

1362412.01

I hereby certify that on March 19, 2007, I electronically filed *Cyber Flow Solutions' Petition to Admit Attorney, William D. Adams, Pro Hac Vice* and this *Certificate of Service* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              Respectfully submitted,

                              /S/

                              Scott R. Torpey
                              Scott R. Torpey (0081561)
                              JAFFE, RAITT, HEUER & WEISS, P.C.
                              27777 Franklin Road, Suite 2500
                              Southfield, Michigan 48034-8214
                              (T): (248) 351-3000
                              (F): (248) 351-3082
                              E-mail: storpey@jaffelaw.com