## INDEX OF EXHIBITS

Order Admitting Counsel Pro Hac Vice                              Exhibit A

Affidavit of Attorney William D. Adams in
Support of Petition for Admission Pro Hac Vice                    Exhibit B

1362376 01