# EXHIBIT B

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
C/O DEAN BOLAND, ESQ.

        Plaintiff,

v.

SEXSEARCH.COM;
SEXSEARCHCOM.COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC MEDIA,
INC.); STALLION.COM FSC LIMITED; CJ,
INC.; CJI, INC; CLUB JENNA, INC.; DNR;
EXPERIENCED INTERNE.COM, INC.;
FIESTA CATERING INTERNATIONAL,
INC (A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM SMALL;
CAMELIA FRANCIS; DAMIAN CROSS
(A/K/A DAMIAN L. CROSS); ED KUNKEL;
MAURICIO BEDOYA; PATRICIA
QUESADA; RICHARD LEVINE; MONIKER
ONLINE SERVICES, LLC,

        Defendants

Case No 3:07-cv-604
Judge: Jack Zouhary

_____/

| JAFFE RAITT HEUER & WEISS, P.C. | DEAN BOLAND |
|---|---|
| By:   Scott Torpey (0081561) | By:   Dean Boland (0065693) |
| 27777 Franklin Road, Suite 2500 | 18123 Sloane Avenue |
| Southfield, Michigan 48034 | Lakewood, Ohio 44107 |
| (248) 351-3000 | (216) 529-9371 |
| Attorneys for Cyber Flow Solutions, Inc. | Attorneys for Plaintiff |

_____/

**AFFIDAVIT OF ATTORNEY WILLIAM D. ADAMS**
**IN SUPPORT OF PETITION FOR ADMISSION PRO HAC VICE**

STATE OF MICHIGAN    )
                             ) ss.
COUNTY OF OAKLAND   )

1362297 01

On this day, William D. Adams, Esq., the affiant, appeared in person before me, a notary public, who knows the affiant to be the person whose signature appears on this document. The affiant, after being duly sworn, stated under oath:

1. I, William D. Adams, am an attorney licensed to practice law in the State of Michigan.

2. At no time in the past nor to my knowledge presently has there been/nor is there pending any grievances or claims relative to my professional standing, integrity or my ability to otherwise practice law to which I am seeking admission Pro Hac Vice for purposes of representing Cyber Flow Solutions, Inc.

3. I have familiarized myself with Local Court Rules of the Northern District of Ohio and will comply with the Rules as required.

Further affiant sayeth not

*[signature]*
William D. Adams

Subscribed and sworn to before me this 19 day of March, 2007

*[signature]*
Deborah K. Crossley
Wayne County, Michigan (Acting in Oakland County)
My Commission Expires: 05/23/2012

Deborah K. Crossley
Notary Public, Wayne County, MI
My Commission Expires May 23, 2012
Acting in _Oakland_ County

4

1362297.01