UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe

        PLAINTIFF

V.

SexSearch.com, et al

        DEFENDANTS

Case No. 3:07-cv-604

Judge Jack Zouhary

RESPONSE TO DEFENDANTS
EXPERIENCED INTERNET.COM, INC., DNR,
STALLION.COM FSC LIMITED AND CYBER
FLOW SOLUTIONS, INC.'S MOTIONS FOR
CONTINUANCE OF MARCH 21, 2007
HEARING AND REQUEST FOR OTHER
RELIEF

John Doe does not oppose the Defendants' motions for continuance provided the current

injunction stays in effect until the preliminary injunction hearing to be scheduled following the March

21, 2007 status conference.

/s/Dean Boland
Dean Boland 65693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for Plaintiff

Brandie Hawkins 78485
124 S. Metcalf Street
Lima, Ohio 45801
1-419-225-5706 phone
Attorney for Plaintiff

1

Dockets.Justia.com

CERTIFICATE OF SERVICE

A copy of the foregoing was served by operation of the court's electronic filing system upon all

parties.


/s/Dean Boland
Dean Boland (0065693)