

FILED
2007 MAR 20 AM 9:00
NORTHERN DISTRICT COURT
TOLEDO OF OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe

Plaintiff

                        Judge Zouhary

vs.                       Case Number 3:07CV604

                        CERTIFICATE OF SERVICE

SexSearch.com, et al             (Green Card Returned)

Defendant

Return of service addressed to Jenna Jameson by certified mail on 3/16/07 regarding [26] Temporary Restraining Order.