UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>　　　　PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>　　　　DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br><br>NOTICE OF<br>EFFORTS TO SERVE DEFENDANTS |

Pursuant to this court's order of March 13, 2007, John Doe submits the attached information detailing his efforts to serve the Defendants in this matter.

| | |
|---|---|
| /s/Dean Boland<br>Dean Boland 65693<br>18123 Sloane Avenue<br>Lakewood, Ohio 44107<br>dean@deanboland.com<br>216.529.9371 phone<br>216.803.2131 fax<br>Attorney for Plaintiff | Brandie Hawkins 78485<br>124 S. Metcalf Street<br>Lima, Ohio 45801<br>1.419.225.5706 phone<br>Attorney for Plaintiff |

An *ex parte* hearing was held Friday, March 2, 2007. Following that hearing, on Saturday, March 3, 2007, the following Defendants were sent (or personally served with) a packet containing a copy of the complaint, all motions filed as of March 2, 2007, all court orders filed as of March 2, 2007, a summons and a cover letter regarding the mechanism for dissemination of information relative to this court's protective order. The packets sent by mail were sent out on Saturday, March 3, 2007:

| Defendant | Method of Service | Return Date |
| --- | --- | --- |
| SexSearch.com | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| | Certified Mail (c/o Anna Vrandenburgh, Esq. TM Attorney) | March 9, 2007 |
| SexSearchcom.com | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Cyber Flow Solutions, Inc. | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Damian Cross | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Ed Kunkel | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Adam Small | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Richard Levine | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Jenna Jameson | Certified Mail | March 7, 2007 |
| Experienced Internet.com, Inc. | Certified Mail (not yet returned) | |
| | Personal Service (completed, awaiting summons signed by process server) | |
| CJ, Inc. | Certified Mail | March 12, 2007 |
| CJI, Inc. | Certified Mail | March 12, 2007 |
| Club Jenna | Certified Mail | March 12, 2007 |
| Manic Media | Personal Service | March 5, 2007 |
| | Certified Mail | March 12, 2007 |
| Playboy Enterprises, Inc. | Certified Mail | March 8, 2007 |
| Stallion.com FSC, Limited | International Registered Mail | March 8, 2007 |
| Patricia Quesada | Certified Mail | |
| Mauricio Bedoya | Certified Mail | March 9, 2007 |
| DNR | International Registered Mail | First Attempt, March, |
| Fiesta Catering International, Inc. | International Registered Mail (Barbados) | March 8, 2007 |
| | International Registered Mail (Canada) | |
| Camelia Francis | International Registered Mail | March 8, 2007 |
| Moniker Online Services, | Certified Mail | March 12, 2007 |

| Defendant | Method of Service | Date Sent |
|---|---|---|
| | | |
| LLC | | |

Following the March 13, 2007 preliminary hearing, pursuant to this court's March 13, 2007 order, the following Defendants were served with copies of this court's March 13, 2007 order:

| Defendant | Method of Service | Date Sent |
|---|---|---|
| SexSearch.com | Personal Service, Certified Mail | March 13, 2007 |
| SexSearchcom.com | Personal Service, Certified Mail | March 13, 2007 |
| Cyber Flow Solutions, Inc. | Personal Service, Certified Mail | March 13, 2007 |
| Damian Cross | Personal Service, Certified Mail | March 13, 2007 |
| Ed Kunkel | Personal Service, Certified Mail | March 13, 2007 |
| Adam Small | Personal Service, Certified Mail | March 13, 2007 |
| Richard Levine | Personal Service, Certified Mail | March 13, 2007 |
| Jenna Jameson | Certified Mail | March 13, 2007 |
| Experienced Internet.com, Inc. | Certified Mail | March 13, 2007 |
| CJ, Inc. | Certified Mail | March 13, 2007 |
| CJI, Inc. | Certified Mail | March 13, 2007 |
| Club Jenna | Certified Mail | March 13, 2007 |
| Manic Media | Personal Service, Certified Mail | March 13, 2007 |
| Playboy Enterprises, Inc. | Certified Mail | March 13, 2007 |
| Stallion.com FSC, Limited | International Registered Mail | March 14, 2007 |
| Patricia Quesada | Certified Mail | March 13, 2007 |
| Mauricio Bedoya | Certified Mail | March 13, 2007 |
| DNR | International Registered Mail | March 14, 2007 |
| Fiesta Catering International, Inc. | International Registered Mail (Barbados) | March 14, 2007 |
| | International Registered Mail (Canada) | March 14, 2007 |
| Camelia Francis | International Registered Mail | March 14, 2007 |
| Moniker Online Services, LLC | Certified Mail | March 13, 2007 |

A copy of the foregoing was provided to all parties as part of the court's electronic filing system. All parties who have been served, but have not participated thus far in this matter were provided copies by regular mail at the address on the complaint.

/s/Dean Boland  65693