IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                             Case No. 3:07 CV 604

                Plaintiff,           <u>ORDER</u>

-vs-
                                                JUDGE JACK ZOUHARY

SexSearch.com, et al.,

                Defendants.

     The Preliminary Injunction Hearing scheduled for **March 21, 2007 at 10:00 a.m.** is vacated. Instead, the Court will hold a telephone status conference at that date and time, at which all issues, including all pending motions and potential extension of the Temporary Restraining Order (Doc. Nos. 11, 26), will be discussed. The Court will advise all parties by phone of the call-in number for this conference.

     Plaintiff's Motion for Injunction filed under seal (Doc. No. 9) , and all accompanying exhibits, are hereby **unsealed**. Plaintiff shall make these documents available to defense counsel. Further, the transcript of the March 2, 2007 TRO Hearing, previously sealed by the Court, is also **unsealed**, except for the information covered by the Protective Order (Doc. No. 10), namely the identities and addresses of John Doe and Jane Roe, and the case number of John Doe's state-court criminal case.

     IT IS SO ORDERED.

                                                                                        s/ *Jack Zouhary*
                                                                         JACK ZOUHARY
                                                                         U. S. DISTRICT JUDGE

                                                                         March 20, 2007