

FILED

2007 MAR 20 PM 3:05

NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe

Plaintiff

            vs.

SexSearch.com

Defendant

Judge Zouhary

Case Number 3:07CV604

CERTIFICATE OF SERVICE
(Green Card Returned)

Return of service addressed to Moniker Online Service by certified mail on 3/16/07 regarding Order dated 3/16/07.