UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
C/O DEAN BOLAND, ESQ.

           Plaintiff,           Case No. 3:07-cv-604

v                                                Judge: Jack Zouhary

SEXSEARCH.COM;
SEXSEARCHCOM.COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC
MEDIA, INC.); STALLION.COM FSC
LIMITED; CJ, INC.; CJI, INC.; CLUB
JENNA, INC.; DNR; EXPERIENCED
INTERNE.COM, INC.; FIESTA
CATERING INTERNATIONAL, INC.
(A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM
SMALL; CAMELIA FRANCIS; DAMIAN
CROSS (A/K/A DAMIAN L. CROSS); ED
KUNKEL; MAURICIO BEDOYA;
PATRICIA QUESADA; RICHARD
LEVINE; MONIKER ONLINE SERVICES,
LLC.,

           Defendants
_____/

| JAFFE RAITT HEUER & WEISS, P.C. | DEAN BOLAND |
|---|---|
| By:   Scott Torpey (0081561) | By:   Dean Boland (0065693) |
| 27777 Franklin Road, Suite 2500 | 18123 Sloane Avenue |
| Southfield, Michigan 48034 | Lakewood, Ohio 44107 |
| (248) 351-3000 | (216) 529-9371 |
| Attorneys for Cyber Flow Solutions, Inc | Attorneys for Plaintiff |

**ORDER ADMITTING COUNSEL PRO HAC VICE**

At a session of said Court held in the
City of Toledo, Ohio
On    March 21,         , 2007

1362317.01

PRESENT: The Honorable  **JACK ZOUHARY**
                        _____
                        District Court Judge

Upon the reading and the filing of the Petition for Admission of Counsel Pro Hac Vice and this Court being otherwise fully advised in the premises;

NOW THEREFORE IT IS HEREBY ORDERED that William D. Adams is hereby admitted pro hac vice for all discovery, pre-trial and trial matters in this cause of action.

*s/*  ***Jack Zouhary***   3/21/07
_____
District Court Judge

1362317 01

2