UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br>SUPPLEMENT TO NOTICE OF EFFORTS TO SERVE DEFENDANTS |

Doe respectfully submits this supplement to his Notice of Efforts to Serve Defendants. The supplemental material was unavailable at the time of the filing of the initial notice.

| | |
|---|---|
| /s/Dean Boland<br>Dean Boland 65693<br>18123 Sloane Avenue<br>Lakewood, Ohio 44107<br>dean@deanboland.com<br>216.529.9371 phone<br>216.803.2131 fax<br>Attorney for Plaintiff | Brandie Hawkins 78485<br>124 S. Metcalf Street<br>Lima, Ohio 45801<br>1.419.225.5706 phone<br>Attorney for Plaintiff |

A copy of the foregoing was provided to all parties as part of the court's electronic filing system. All parties who have been served, but have not participated thus far in this matter were provided copies by regular mail at the address on the complaint.

/s/Dean Boland  65693