AFFIDAVIT

The undersigned, Heeidy Acevedo Mejia, being duly sworn deposes and says the following:

1. I am employed at the Law Offices of F. Bari Nejadpour in Los Angeles, CA.
2. I am over the age of 18.
3. I prepared seven sealed envelopes, each contained a document entitled "Temporary Restraining Order" which indicates that it is document number 11 in case number 3:07-cv-00604-JZ and "Order" which indicates that it is document number 26 in case number 3:07-cv-00604-JZ.
4. These envelopes were addressed to the following: Cyber Flow Solutions, SexSearch.com, SexSearchcom.com, Damian Cross, Ed Kunkel, Adam Small, Manic Media, and Richard Levine.
5. At approximately 5:45 pm, on March 14, 2007, I went to Suite #400 of 6565 Sunset Boulevard, Los Angeles, CA.
6. While in Suite #400, I left the aforementioned envelopes with the receptionist.

FURTHER AFFIANT SAYETH NAUGHT

_____
Heeidy Acevedo Mejia

**THE STATE OF CALIFORNIA**                SS.
**LOS ANGELES COUNTY**

**BEFORE ME**, a Notary Public in and for Los Angeles County personally appeared the above named Heeidy Acevedo Mejia who acknowledged that she did sign the foregoing instrument and that the same is her free act and deed.

**IN TESTIMONY WHEREOF** I have hereunto set my hand and official seal, this 15th day of March, A. D. 2007.

See attached acknowledgment
Evelyn J. Abasi
NOTARY PUBLIC

EVELYN J. ABASI
COMM. #1523457
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. Oct 31, 2008

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of Los Angeles } ss.

On 3-15-07, before me, Evelyn J. Abasi, Printed Name of Notary Public,

personally appeared Heeidy Acevedo Mejia, Printed Name(s) of Signer(s),

☐ personally known to me - or -
☒ proved to me on the basis of satisfactory evidence:
☒ form(s) of identification CA ID D3440817
☐ credible witness(es)

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Seal: EVELYN J. ABASI, COMM. #1523457, Notary Public-California, LOS ANGELES COUNTY, My Comm. Exp. Oct 31, 2008]

_Evelyn J. Abasi_
Signature of Notary Public

(Seal)

---

## OPTIONAL INFORMATION

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of **Affidavit**

containing **1** pages, and dated **March 15, 2007**

The signer(s) capacity or authority is/are as:
☒ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____ Title(s)
☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)
☐ Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK02. 02/04. To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com