Motion Granted
 s/ *Jack Zouhary*
United States District Judge
 3/21/07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>SexSearch.com, et al.,<br><br>Defendants. | Case No. 3:07CV604<br><br>Hon. Jack Zouhary<br><br>**DEFENDANT EXPERIENCED INTERNET.COM, INC.'S MOTION TO ADMIT PRO HAC VICE**<br><br>Richard M. Kerger (0015864)<br>KERGER & ASSOCIATES<br>33 S. Michigan Street, Suite 100<br>Toledo, Ohio 43604<br>Telephone: (419) 255-5990<br>Fax: (419) 255-5997<br><br>Counsel for Specially Appearing Defendant Experienced Internet.com, Inc. |

Specially appearing defendant Experienced Internet.com, Inc. respectfully requests this Court admit the following *pro hac vice* as counsel in this case for Experienced Internet.com, Inc. to join with existing counsel, Richard M. Kerger:

>Gary Jay Kaufman
>The Kaufman Law Group
>1925 Century Park East
>Suite 2350
>Los Angeles, California 90067
>310-286-2202
>Gary@GaryJKaufmanlaw.com