IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                                                          Case No. 3:07 CV 604

                Plaintiff,                                          ORDER

    -vs-
                                                                                        JUDGE JACK ZOUHARY
SexSearch.com, et al.,

                Defendants.

The Court held a telephone status conference on March 21, 2007 at 10:00 a.m.

Counsel Present:

| | |
|---|---|
| Attorneys for Plaintiff: | Dean Boland, Brandie Hawkins |
| Attorneys for Defendant Experienced Internet: | Richard Kerger, Dana Milmeister |
| Attorney for Defendant Cyber Flow Solutions: | William Adams |
| Attorneys for Defendants Manic Media, Stalion.com, FSC Limited, DNR: | Max Kravitz, Mike Dortch, Bill Bluth |

Defendants' Motions to Continue (Doc. Nos. 45, 47, 51) are granted. A Preliminary Injunction Hearing is rescheduled for **April 16, 2007 at 9:00 a.m.** The parties are encouraged to file preliminary injunction briefs, and are granted leave to do so no later than **April 9, 2007.**

As stipulated by the parties, the Temporary Restraining Order is extended until the date of the Preliminary Injunction Hearing; Plaintiff is to promptly verify his Complaint.

Defendants are granted leave until **April 13, 2007** to respond to the Complaint.

Plaintiff's Motion to engage in pre-26(f)-meeting discovery (Doc. No. 44) is granted, but for the limited issues of jurisdiction, proper defendants and the preliminary injunction hearing.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE