FILED

2007 MAR 22 PM 1:19

NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

John Doe
Plaintiff

    vs.

Sexsearch.com

Defendant

Judge Zouhary

Case Number 3:07CV604

CERTIFICATE OF SERVICE
(Green Card Returned)

Return of service addressed to Mauricio Bedoya by certified mail on 3/16/07 regarding Order dated 3/13/07.

