

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

John Doe
Plaintiff

Judge Zouhary

vs.

Case Number 3:07CV604

CERTIFICATE OF SERVICE
(Green Card Returned)

Sexsearch.com

Defendant

Return of service addressed to Sexsearch.com, Cyber Flow Solutions, Manic Media, Adam Small, Damian Cross and Ed Kunkle by certified mail (no date given) regarding Order dated 3/13/07



```
2007 MAR 22 PM 1:19

NORTHERN DISTRICT OF OHIO
              TOLEDO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

John Doe
Plaintiff

        vs.

Sexsearch.com

Defendant

Judge Zouhary

Case Number 3:07CV604

CERTIFICATE OF SERVICE
(Green Card Returned)

Return of service addressed to Victor Cuan by certified mail (no date given) regarding Order dated 3/13/07.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Victor Cuan
   ℅ Cyberflow Solutions
   6565 Sunset Blvd. Suite 400
   Los Angeles, CA 90028

2. Article Number
   (Transfer from service label)   7005 0390 0005 6081 3789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X [signature]            ☐ Agent
                            ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

PS Form 3811, March 2001     Domestic Return Receipt     102595-01-M-1424