```
                                         FILED

                                    2007 MAR 26 PM 2:50

                                    NORTHERN DISTRICT OF OHIO
                                         TOLEDO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe

Plaintiff

        vs.

Sexsearch.com

Defendant

Judge Zouhary

Case Number 3:07CV604

CERTIFICATE OF SERVICE
(Green Card Returned)

Return of service addressed to Playboy Enterprises, Inc., by certified mail on 3/19/07 re Order [26] dated 3/13/07.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>C. Signature<br>X [signature]   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>Playboy Enterprises, Inc<br>680 N. Lake Shore Dr<br>Chicago, Illinois 60611 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0005 5081 3819 |
| PS Form 3811, March 2001 | Domestic Return Receipt   102595-01-M-1424 |

2007 MAR 26 PM 2: 50

NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe

Plaintiff

vs.

Sexsearch.com

Defendant

Judge Zouhary

Case Number 3:07CV604

CERTIFICATE OF SERVICE
(Green Card Returned)

Return of service addressed to CJ Inc., CJI, Inc., and Club Jenna, Inc., by certified mail on 3/19/07 re Order [26] dated 3/13/07.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CJ Inc., CJI, Inc. &
   Club Jenna, Inc.
   680 N. Lake Shore Dr.
   Chicago, Illinois 60611

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0005 5081 3802

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424