CLERK OF THE U.S. DISTRICT COURT
114 U.S. COURTHOUSE
TOLEDO, OHIO 43624

OFFICIAL BUSINESS

07 MAR 30 PM 3:53

I hereby certify that this
instrument is a true and
correct copy of the original
on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By _____
Deputy Clerk

Stallin.com FSC Ltd
12 Kingslyn Ave
Kingston, W.I. 10 JM

Postage Due

RETURNED TO SENDER

Hasler
$00.390
Mailed From 43604
03/14/2007
US POSTAGE
016H16504600

D STATES DISTRICT COUR
THERN DISTRICT OF OHIO
STERN DIVISION

Case No. 3:07 CV 604

ORDER

JUDGE JACK ZOUHARY

ction / Temporary Restraining Order Hearing on March

nd and Brandie Hawkins appeared on behalf of Plaintiff.

ed, despite attempts by Plaintiff and the Court to secure

Court to extend a temporary restraining order "for good

e instant action, the Court determined that good cause

estraining Order (Doc. No. 11), and the circumstances

tension of this Order is necessary, as Defendants have

orary Restraining Order filed March 2, 2007 is extended

by sale or lease, or liquidate any collateral or assets,

led by Cyber Flow Solutions, Inc., SexSearch.com,

SexSearchcom.com, Manic Media, and Orgasm.com outside of the ordinary course of business;