# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| John Doe, ) | Case No. 3:07CV604 |
| ) | |
| ) | Hon. Jack Zouhary |
| Plaintiff, ) | |
| ) | **ENTRY OF APPEARANCE** |
| ) | |
| v. ) | |
| ) | Max Kravitz (0023765) |
| ) | Kravitz, Brown & Dortch, LLC |
| SexSearch.com, et al., ) | 145 E. Rich St. |
| ) | Columbus, Ohio 43215 |
| ) | Telephone:  (614) 464-2000 |
| Defendants. ) | Facsimile:   (614) 464-2002 |
| ) | |
| ) | Counsel for Specially Appearing |
| ) | Defendants Stallion.com FSC Limited, |
| ) | DNR, Manic Media (aka Manic |
| ) | Media, Inc.),  Fiesta Catering |
| ) | International Inc., Mr. Damian |
| ) | Cross, Mr. Ed Kunkel, and Ms. |
| ) | Camelia Francis |
| ) | |

Now comes Max Kravitz of Kravitz, Brown & Dortch, LLC, to enter his special appearance as counsel for specially appearing, additional-named defendants Fiesta Catering International Inc. Mr. Damian Cross, Mr. Ed Kunkel, and Ms. Camelia Francis.  Please note that on March 19, 2007, Mr. Kravitz entered his special appearance on behalf of defendants Stallion.com FSC Limited, DNR, and Manic Media (aka Manic Media, Inc.).

1

Respectfully submitted,

/s/ Max Kravitz
Max Kravitz (0023765)
KRAVITZ, BROWN & DORTCH, LLC
145 East Rich Street
Columbus, OH 43215
614.464.2000
614.4642002
mkravitz@kravitzlaw.com

Counsel for Specially Appearing Defendants STALLION.COM FSC LIMITED, DNR, MANIC MEDIA (AKA MANIC MEDIA, INC.), FIESTA CATERING INTERNATIONAL INC., MR. DAMIAN CROSS, MR. ED KUNKEL, AND MS. CAMELIA FRANCIS

## CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing has been electronically filed this 2nd day of April, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

        /s/ Max Kravitz