IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | Michael D. Dortch (0043897) |
| | ) | Kravitz, Brown & Dortch, LLC |
| SexSearch.com, et al., | ) | 145 E. Rich St. |
| | ) | Columbus, Ohio 43215 |
| | ) | Telephone: (614) 464-2000 |
| Defendants. | ) | Facsimile: (614) 464-2002 |
| | ) | |
| | ) | Counsel for Specially Appearing |
| | ) | Defendants Stallion.com FSC Limited, |
| | ) | DNR, Manic Media (aka Manic |
| | ) | Media, Inc.), Fiesta Catering |
| | ) | International Inc., Mr. Damian Cross, |
| | ) | Mr. Ed Kunkel, and Ms. Camelia |
| | ) | Francis |
| | ) | |

Now comes Michael D. Dortch, a member of the law firm Kravitz, Brown &

Dortch, LLC and an attorney admitted to practice law before this Honorable Court, to

enter his appearance on behalf of the following Defendants

Stallion.com FSC, Limited;
Manic Media, Inc.
DNR
Fiesta Catering International Inc.
Mr. Damian Cross
Mr. Ed Kunkel
Ms. Camelia Francis

Defendants' appearance before this Court through Mr. Dortch is limited to purposes of contesting issues of jurisdiction and the appropriateness of temporary or preliminary injunctive relief against them.  Mr. Dortch appears together with attorney Max Kravitz as trial counsel for the above named defendants.

Respectfully submitted,


s/ Michael D. Dortch
Micahel D. Dortch (0043897)
KRAVITZ, BROWN & DORTCH, LLC
145 East Rich Street
Columbus, OH 43215
614.464.2000
614.464.2002
mdortch@kravitzlaw.com

Attorneys for Defendants
STALLION.COM FSC, LIMITED;
MANIC MEDIA, INC.;   DNR
FIESTA CATERING INTERNATIONAL
INC.,   MR. DAMIAN CROSS,   MR. ED
KUNKEL,   MS. CAMELIA FRANCIS

## CERTIFICATE OF SERVICE

A true copy of the foregoing was filed electronically this 2nd day of April, 2007 with the Clerk of Court for the United States District Court, Northern District of Ohio, Western Division, and served electronically by operation of the Court's electronic filing system upon all counsel for all parties having entered an appearance in this matter.

s/ Michael D. Dortch
Michael D. Dortch