UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>    PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>    DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br><br><br>MOTION TO FILE AFFIDAVIT OF<br>JOHN DOE UNDER SEAL |

    NOW COMES JOHN DOE, Plaintiff herein, and respectfully requests this Court permit him to file an affidavit relevant to this matter under seal. The affidavit will be sworn by John Doe, using his legal name, whose publication is prohibited by a protective order. (Dkt #10). A copy of the affidavit will be served by certified mail to counsel for all Defendants.

                              /s/Dean Boland
                              Dean Boland 65693
                              18123 Sloane Avenue
                              Lakewood, Ohio 44107
                              dean@deanboland.com
                              216.529.9371 phone
                              216.803.2131 fax
                              Attorney for Plaintiff

CERTIFICATE OF SERVICE

    A copy of the foregoing was served by operation of the court's electronic filing system and will be served to all Defendants whom have not yet retained counsel by regular U.S. mail at the addresses listed on the complaint for each Defendant.

    /s/Dean Boland
    Dean Boland 65693