UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br><br>RESPONSE OF JOHN DOE TO EXPERIENCED INTERNET INC.'S MOTION TO VACATE |

    NOW COMES JOHN DOE, Plaintiff herein, and respectfully requests this Court deny Experienced Internet's motion as untimely for the reasons contained in the attached brief.

/s/ Brandie Hawkins
Brandie Hawkins 0078485
124 S. Metcalf Street
Lima, Ohio 45801
1.419.225.5706 phone
1.419.225.6003 fax
Attorney for Plaintiff

/s/Dean Boland
Dean Boland 65693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for Plaintiff

BRIEF

Experienced Internet.com, Inc. (Experienced) seeks to vacate the TRO for failure of John Doe to submit a verified complaint or affidavit in support of that TRO. (Experienced's Brief at 1). The complaint in this matter was verified on the record on March 2, 2007. (See transcript of March 2, 2007 TRO hearing). In addition, John Doe has filed a motion for leave to file an affidavit under seal to again verify the complaint. (Dkt. #76). That motion has not yet been ruled upon. That affidavit cannot be submitted except under seal as it contains information that is prohibited from public distribution under a protective order from this court. (Dkt. #10).

Wherefore, John Doe respectfully requests this court deny Experienced's motion as untimely. It asks the court to address an issue that is not yet ripe for a decision as a ruling on Dkt. #76 is pending.

CERTIFICATE OF SERVICE

A copy of the foregoing was served on all parties whom have appeared by operation of the court's electronic filing system and will be served upon all Defendants whom have not appeared nor retained counsel by regular U.S. mail at the addresses listed on the complaint for each Defendant.


/s/Dean Boland
Dean Boland 65693