**Motion Granted. Counsel shall refer to Local Rule 5.2 for proper procedure.**
s/ Jack Zouhary 4/4/07
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>    PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>    DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br><br><br>MOTION TO FILE AFFIDAVIT OF<br>JOHN DOE UNDER SEAL |

NOW COMES JOHN DOE, Plaintiff herein, and respectfully requests this Court permit him to file an affidavit relevant to this matter under seal. The affidavit will be sworn by John Doe, using his legal name, whose publication is prohibited by a protective order. (Dkt #10). A copy of the affidavit will be served by certified mail to counsel for all Defendants.

/s/Dean Boland
Dean Boland 65693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for Plaintiff