**MOTION DENIED AS MOOT**
s/ Jack Zouhary  4/4/07
_____
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No. 3:07CV604 |
| | |
| | Hon. Jack Zouhary |
| Plaintiff, | |
| | **DEFENDANT EXPERIENCED INTERNET.COM, INC.'S MOTION TO DISSOLVE THE TRO AND VACATE THE HEARING ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |
| v. | |
| | |
| SexSearch.com, et al., | |
| | Richard M. Kerger (0015864) |
| Defendants. | KERGER & ASSOCIATES |
| | 33 S. Michigan Street, Suite 100 |
| | Toledo, Ohio 43604 |
| | Telephone: (419) 255-5990 |
| | Fax: (419) 255-5997 |
| | |
| | Gary Jay Kaufman (*Pro hac vice*) |
| | Dana Milmeister (*Pro hac vice*) |
| | The Kaufman Law Group |
| | 1925 Century Park East |
| | Suite 2350 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 286-2202 |
| | Fax: (310) 712-0023 |
| | |
| | Counsel for Specially Appearing Defendant Experienced Internet.com, Inc. |