

**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

*dcrossley@jaffelaw.com*

March 30, 2007

Clerk to the  **VIA FIRST CLASS MAIL**
Honorable Jack Zouhary
U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

    Re:    John Doe c/o Dean Boland, Esq. V Sexsearch.com, et al.
             Case No. 3:07-cv-604

Dear Sir/Madam:

    Enclosed please find a copy of William D. Adams' State of Michigan, Certificate of Good Standing regarding the above-matter.

    Thank you.

                               Sincerely,

                    **Jaffe, Raitt, Heuer & Weiss**
                      Professional Corporation

                      Deborah K. Crossley
                  Secretary to William D. Adams

Encl.

1366723.01

ANN ARBOR • BIRMINGHAM • DETROIT • PORT HURON • SOUTHFIELD

# State Bar of Michigan
# Certificate
## of Good Standing

This certifies that William D. Adams, P54404 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 20, 1995 in Oakland County and became a member of the State Bar of Michigan on March 14, 1996.

Janet K. Welch
Interim Executive Director
March 20, 2007