# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | Honorable Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **DEFENDANT EXPERIENCED** |
| | ) | **INTERNET.COM, INC.'S MOTION** |
| v. | ) | **FOR LEAVE TO FILE BRIEF UP** |
| | ) | **TO 35-PAGES IN OPPOSITION TO** |
| | ) | **PLAINTIFF'S MOTION FOR** |
| SexSearch.com, et al., | ) | **PRELIMINARY INJUNCTION** |
| | ) | |
| | ) | |
| Defendants. | ) | Richard M. Kerger (0015864) |
| | ) | KERGER & ASSOCIATES |
| | ) | 33 S. Michigan Street, Suite 100 |
| | ) | Toledo, Ohio 43604 |
| | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| | ) | |
| | ) | Gary Jay Kaufman (*Pro hac vice*) |
| | ) | Dana Milmeister (*Pro hac vice*) |
| | ) | The Kaufman Law Group |
| | ) | 1925 Century Park East |
| | ) | Suite 2350 |
| | ) | Los Angeles, California 90067 |
| | ) | Telephone: (310) 286-2202 |
| | ) | Fax: (310) 712-0023 |
| | ) | |
| | ) | Counsel for Specially Appearing |
| | ) | Defendant Experienced Internet.com, |
| | ) | Inc. |
| | ) | |
| | ) | |

Specially appearing defendant Experienced Internet.com, Inc. ("EIC") hereby requests leave to file a memorandum up to 35 pages in opposition to Plaintiff's motion for a preliminary injunction. This will save the Court and parties time. EIC's counsel is cooperating with counsel for Stallion.com FSC, Limited; Manic Media, Inc.; DNR; Fiesta Catering International Inc., Mr. Damian Cross and Cyber Flow Solutions, Inc. to provide the Court with one opposition brief, with short joinders filed by the others.

However, the 20-page limit (Local Rule 7.1(f)) is not enough to cover all of the defendants' defenses to the preliminary injunction request, which include the Court's lack of jurisdiction over the defendants; procedural and substantive defenses to the relief sought, and numerous separate and independent grounds establishing Plaintiff's lack of likelihood of success on the merits. If the parties separate the arguments into separate briefs and each join in the others, no party will exceed the 20-page limit. However, if the Court permits, one main opposition brief will be filed (with short joiners by the others) if leave to file a brief not to exceed 35 pages is granted.

Respectfully submitted,

/s/ Richard M. Kerger
RICHARD M. KERGER (0015864)
Counsel for Specially Appearing Defendant
Experienced Internet.com, Inc.

/s/ Dana Milmeister
Dana Milmeister (*pro hac vice*)
Counsel for Specially Appearing Defendant
Experienced Internet.com, Inc.

1

CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been electronically filed this 6th day of April, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

      /s/ Richard M. Kerger