UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe | Case No. 3:07-cv-604 |
| PLAINTIFF | Judge Jack Zouhary |
| V. | MOTION TO STRIKE DEFENDANTS' MEMORANDUM IN OPPOSITION (Dkt. #82) and DEFENDANT EXPERIENCED'S IDENTICAL MEMORANDUM (Dkt. #83) TO PLAINTIFF'S MOTION FOR LEAVE TO ENGAGE IN LIMITED DISCOVERY TO MONIKER INC. PRIOR TO CIVIL RULE 26(f) CONFERENCE |
| SexSearch.com, et al | |
| DEFENDANTS | |

John Doe respectfully requests this court strike Defendants' (Stallion.com FSC Limited, DNR, Manic Media (aka Manic Media, Inc.), Fiesta Catering International Inc., Mr. Damian Cross, Mr. Ed Kunkel, and Ms. Camelia Francis') Memoranda, Dkt. # 82 and Dkt #83). Both memoranda make the identical argument. Both memoranda object to Plaintiff's motion that *was already granted* more than 14 days ago. (Dkt. #64). Defendants' filed the memoranda in violation of local rule 7.1(d) that states in pertinent part:

"[A] party opposing a motion must serve and file a memorandum in opposition within…fourteen (14) days after service of any non-dispositive motion." Plaintiff's motion for leave to engage in discovery prior to the Civil Rule 26(f) conference was filed March 16, 2007. (Dkt. #44). It was served on all Defendants both by operation of the court's electronic filing system on March 16, 2007. The motion was discussed by this court at the phone status conference on March 21, 2007 and granted that day. (Dkt. #64). Defendants filed their memoranda on April 5, 2007, 20 days following

1

the filing of Plaintiff's motion and 15 days following this court's granting of the motion. Even had this court not already granted the motion, their memoranda are out of time and should be stricken.

Finally, the memoranda are moot as the discovery this court ordered (Dkt. #64) has already been provided.

Wherefore, Doe respectfully requests this court strike Defendants' memoranda (Dkt. #82 and #83).

/s/Dean Boland
Dean Boland 65693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for John Doe

Brandie Hawkins
124 S. Metcalf Street
Lima Ohio 45801
1-419-225-5706 ph
Attorney for John Doe

CERTIFICATE OF SERVICE

A copy of the foregoing was served by operation of the court's electronic filing system on all parties on April 6, 2007.

/s/Dean Boland
Dean Boland (0065693)