**Motion Denied as Moot (see Order, doc #64)**
**s/ Jack Zouhary  4/9/07**
**U.S. District Judge**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe<br><br>PLAINTIFF<br><br>V.<br><br>SexSearch.com, et al<br><br>DEFENDANTS | Case No. 3:07-cv-604<br><br>Judge Jack Zouhary<br><br>MOTION TO STRIKE DEFENDANTS' MEMORANDUM IN OPPOSITION (Dkt. #82) and DEFENDANT EXPERIENCED'S IDENTICAL MEMORANDUM (Dkt. #83) TO PLAINTIFF'S MOTION FOR LEAVE TO ENGAGE IN LIMITED DISCOVERY TO MONIKER INC. PRIOR TO CIVIL RULE 26(f) CONFERENCE |

John Doe respectfully requests this court strike Defendants' (Stallion.com FSC Limited, DNR, Manic Media (aka Manic Media, Inc.), Fiesta Catering International Inc., Mr. Damian Cross, Mr. Ed Kunkel, and Ms. Camelia Francis') Memoranda, Dkt. # 82 and Dkt #83).  Both memoranda make the identical argument.  Both memoranda object to Plaintiff's motion that *was already granted* more than 14 days ago.  (Dkt. #64).  Defendants' filed the memoranda in violation of local rule 7.1(d) that states in pertinent part:

"[A] party opposing a motion must serve and file a memorandum in opposition within…fourteen (14) days after service of any non-dispositive motion."  Plaintiff's motion for leave to engage in discovery prior to the Civil Rule 26(f) conference was filed March 16, 2007.  (Dkt. #44).  It was served on all Defendants both by operation of the court's electronic filing system on March 16, 2007.  The motion was discussed by this court at the phone status conference on March 21, 2007 and granted that day.  (Dkt. #64).  Defendants filed their memoranda on April 5, 2007, 20 days following

1