UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
c/o DEAN BOLAND, ESQ.

     Plaintiff,

v

SEXSEARCH.COM;
SEXSEARCHCOM COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC MEDIA,
INC.); STALLION.COM FSC LIMITED; CJ,
INC.; CJI, INC.; CLUB JENNA, INC.; DNR;
EXPERIENCED INTERNE COM, INC.;
FIESTA CATERING INTERNATIONAL,
INC. (A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM SMALL;
CAMELIA FRANCIS; DAMIAN CROSS
(A/K/A DAMIAN L. CROSS); ED KUNKEL;
MAURICIO BEDOYA; PATRICIA
QUESADA; RICHARD LEVINE;
MONIKER ONLINE SERVICES, LLC.,

     Defendants
_____/

Case No. 3:07-cv-604
Judge: Hon. Jack Zouhary
Magistrate Judge:

JAFFE RAITT HEUER & WEISS, P.C.
By: Scott Torpey (0081561)
William D. Adams (admitted *Pro Hac Vice*)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
Attorneys for Cyber Flow Solutions, Inc.
_____/

DEAN M. BOLAND
By: Dean M. Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
(216) 529-9371
Attorneys for Plaintiff

## SPECIAL APPEARANCE OF COUNSEL

Please enter our special appearance as attorneys for defendant Richard Levine in the

above-styled and numbered matter. By filing this special appearance, defendant Richard

Levine is not waiving his right to challenge this Court's jurisdiction under Fed. R. Civ. P. 12.

The undersigned requests that all documents given or required to be given in this case and all

1369764.01

papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

Scott R. Torpey, Esq.
Jaffe, Raitt, Heuer & Weiss, Pc
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone—(248) 351-3000
Fax—(248) 351-3082
storpey@jaffelaw.com

William D. Adams, Esq.
(admitted *Pro Hac Vice*)
Jaffe, Raitt, Heuer & Weiss, Pc
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone—(248) 351-3000
Fax—(248) 351-3082
wadams@jaffelaw.com

s/Scott R. Torpey
William D. Adams (admitted *Pro Hac Vice*)
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail:storpey@jaffelaw.com
Bar No: (0081561)

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Dean M. Boland
Brandie L. Hawkins
Richard M. Kerger
Louis A. Colombo
Max Kravitz

L. Catalano
James A. Slater, Jr.
Michael D. Dortch
Dana Milmeister
Gary J. Kaufman

Dated: April 9, 2007

s/Scott R. Torpey
William D. Adams (admitted *Pro Hac Vice*)
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail:storpey@jaffelaw.com
Bar No: (0081561)

1369764.01