UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE
c/o DEAN BOLAND, ESQ.

     Plaintiff,

v.

SEXSEARCH.COM;
SEXSEARCHCOM.COM; JENNA
JAMESON (A/K/A JENNA MARIE
MASSOLI); PLAYBOY ENTERPRISES,
INC.; CYBER FLOW SOLUTIONS, INC.;
MANIC MEDIA (A/K/A MANIC MEDIA,
INC.); STALLION.COM FSC LIMITED; CJ,
INC.; CJI, INC.; CLUB JENNA, INC.; DNR;
EXPERIENCED INTERNE.COM, INC.;
FIESTA CATERING INTERNATIONAL,
INC. (A/I/A FICSTA CATERING
INTERNATIONAL, INC.); ADAM SMALL;
CAMELIA FRANCIS; DAMIAN CROSS
(A/K/A DAMIAN I. CROSS); ED KUNKEL;
MAURICIO BEDOYA; PATRICIA
QUESADA; RICHARD LEVINE;
MONIKER ONLINE SERVICES, LLC.,

     Defendants
_____/

Case No. 3:07-cv-604
Judge: Hon. Jack Zouhary
Magistrate Judge:

JAFFE RAITT HEUER & WEISS, P.C.
By: Scott Torpey (0081561)
William D. Adams (admitted *pro hac vice*)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
Attorneys for defendants Cyber Flow
Solutions, Inc., and Richard Levine
_____/

DEAN M. BOLAND
By: Dean M. Boland (0065693)
18123 Sloane Avenue
Lakewood, Ohio 44107
(216) 529-9371
Attorneys for Plaintiff

**DEFENDANTS CYBER FLOW SOLUTIONS, INC. AND RICHARD LEVINE'S
OPPOSITION TO PLAINTIF'FS MOTION FOR PRELIMINARY INJUNCTION**

  Defendants, Cyber Flow Solutions, Inc., and Richard Levine, for their Opposition to

Plaintiff's Motion for a Preliminary Injunction, state their adoption of and reliance in full upon

Defendants Experienced Internet.Com, Inc.'s, and Mauricio Bedoya's Opposition to Plaintiff's

1369759.01

Motion for a Preliminary Injunction and the Declarations of Dana Milmeister and Rob Bossart in Support Thereof, filed with this Court on April 9, 2007.

s/Scott R. Torpey
William D. Adams (admitted *pro hac vice*)
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail:storpey@jaffelaw.com
Bar No: (P36179)

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dean M. Boland | L. Catalano |
| Brandie L. Hawkins | James A. Slater, Jr. |
| Richard M. Kerger | Michael D. Dortch |
| Louis A. Colombo | Dana Milmeister |
| Max Kravitz | Gary J. Kaufman |

Dated: April 9, 2007

s/Scott R. Torpey
William D. Adams (admitted *Pro Hac Vice*)
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034-8214
Phone: (248) 351-3000
E-mail:storpey@jaffelaw.com
Bar No: (P36179)

1369759.01