## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| John Doe, ) | Case No. 3:07CV604 |
| ) | |
| ) | Hon. Jack Zouhary |
| Plaintiff, ) | |
| ) | **Memorandum in Opposition to** |
| ) | **Plaintiff's Motion for Preliminary** |
| v. ) | **Injunction** |
| ) | |
| ) | Max Kravitz (0023765) |
| SexSearch.com, et al., ) | Michael D. Dortch (0043897) |
| ) | Kravitz, Brown & Dortch, LLC |
| ) | 145 E. Rich St. |
| Defendants. ) | Columbus, Ohio 43215 |
| ) | Telephone: (614) 464-2000 |
| ) | Facsimile: (614) 464-2002 |
| ) | |
| ) | Counsel for Specially Appearing |
| ) | Defendants Stallion.com FSC Limited, |
| ) | DNR, Manic Media (aka Manic |
| ) | Media, Inc.), Fiesta Catering |
| ) | International Inc., Mr. Damian |
| ) | Cross, Mr. Ed Kunkel, and Ms. |
| ) | Camelia Francis |

Defendants Stallion.com FSC Limited, DNR, Manic Media (aka Manic Media, Inc.), Fiesta Catering International Inc., Mr. Damian Cross, Mr. Ed Kunkel, and Ms. Camelia Francis, for their Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction, state that they adopt and rely upon Defendants Experienced Internet.Com, Inc.'s and Mr. Mauricio Bedoya's Opposition to Plaintiff's Motion for a Preliminary Injunction, and the Declaration of Dana Milmeister attached thereto and in support thereof, filed with this Court April 9, 2007.

1

Respectfully submitted,

/s/ Michael D. Dortch
Max Kravitz (0023765)
KRAVITZ, BROWN & DORTCH, LLC
145 East Rich Street
Columbus, OH 43215
614.464.2000
614.4642002
mkravitz@kravitzlaw.com

Counsel for Specially Appearing Defendants STALLION.COM FSC LIMITED, DNR, MANIC MEDIA (AKA MANIC MEDIA, INC.), FIESTA CATERING INTERNATIONAL INC., MR. DAMIAN CROSS, MR. ED KUNKEL, and MS. CAMELIA FRANCIS

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing has been electronically filed this 10th day of April, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

       /s/ Michael D. Dortch