# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | Hon. Jack Zouhary |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCES** |
| | ) | |
| v. | ) | Richard M. Kerger (0015864) |
| | ) | KERGER & ASSOCIATES |
| | ) | 33 S. Michigan Street, Suite 100 |
| SexSearch.com, et al., | ) | Toledo, Ohio 43604 |
| | ) | Telephone: (419) 255-5990 |
| | ) | Fax: (419) 255-5997 |
| Defendants. | ) | |
| | ) | Gary Jay Kaufman (*Pro hac vice*) |
| | ) | Dana Milmeister (*Pro hac vice*) |
| | ) | The Kaufman Law Group |
| | ) | 1925 Century Park East |
| | ) | Suite 2350 |
| | ) | Los Angeles, California 90067 |
| | ) | Telephone: (310) 286-2202 |
| | ) | Fax: (310) 712-0023 |
| | ) | |
| | ) | Counsel for Specially Appearing |
| | ) | Defendant Experienced Internet.com, |
| | ) | Inc. |

Please take notice that the undersigned attorneys are entering special appearances on behalf of Defendants Mauricio Bedoya and Patricia Quesada.

    Respectfully submitted,

/s/ Richard M. Kerger
RICHARD M. KERGER (0015864)
Counsel for Specially Appearing Defendants
Experienced Internet.com, Inc., Mauricio
Bedoya and Patricia Quesada

/s/ Dana Milmeister
Dana Milmeister (*pro hac vice*)
Gary Jay Kaufman (*pro hac vice*)
Counsel for Specially Appearing Defendants
Experienced Internet.com, Inc., Mauricio
Bedoya and Patricia Quesada

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 10th day of April, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ Richard M. Kerger