# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No. 3:07CV604 |
| Plaintiff, | Hon. Jack Zouhary |
| v. | **Motion to Join Experienced Internet.com, Inc.'s Motion to Clarify Court's March 21 Order And For Protective Order** |
| SexSearch.com, et al., | Max Kravitz (0023765) |
| Defendants. | Michael D. Dortch (0043897) |
| | Kravitz, Brown & Dortch, LLC |
| | 145 E. Rich St. |
| | Columbus, Ohio 43215 |
| | Telephone: (614) 464-2000 |
| | Facsimile: (614) 464-2002 |
| | |
| | Counsel for Specially Appearing Defendants Stallion.com FSC Limited, DNR, Manic Media (aka Manic Media, Inc.), Fiesta Catering International Inc., Mr. Damian Cross, Mr. Ed Kunkel, and Ms. Camelia Francis |

Defendants Stallion.com FSC Limited, DNR, Manic Media (aka Manic Media, Inc.), Fiesta Catering International Inc., Mr. Damian Cross, Mr. Ed Kunkel, and Ms. Camelia Francis, for their Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction, state that they join in, adopt, and support Defendants Experienced Internet.Com, Inc.'s and Mr. Mauricio Bedoya's Motion seeking clarification of this Court's March 21, 2007 Order, And Motion For Protective Order, filed with this Court April 9, 2007.

1

Respectfully submitted,

/s/ Michael D. Dortch
Max Kravitz (0023765)
KRAVITZ, BROWN & DORTCH, LLC
145 East Rich Street
Columbus, OH 43215
614.464.2000
614.4642002
mkravitz@kravitzlaw.com

Counsel for Specially Appearing Defendants
STALLION.COM FSC LIMITED, DNR,
MANIC MEDIA (AKA MANIC MEDIA,
INC.), FIESTA CATERING
INTERNATIONAL INC., MR.
DAMIAN CROSS, MR. ED KUNKEL,
and MS. CAMELIA FRANCIS

## CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing has been electronically filed this 10th day of April, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System.

                                            /s/ Michael D. Dortch