# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| John Doe, ) | Case No. 3:07CV604 |
| ) | |
| ) | Hon. Jack Zouhary |
| Plaintiff, ) | |
| ) | **ENTRY OF ADDITONAL** |
| ) | **APPEARANCES** |
| v. ) | |
| ) | |
| ) | Max Kravitz (0023765) |
| SexSearch.com, et al., ) | Michael D. Dortch (0043897) |
| ) | Kravitz, Brown & Dortch, LLC |
| ) | 145 E. Rich St. |
| Defendants. ) | Columbus, Ohio 43215 |
| ) | Telephone:  (614) 464-2000 |
| ) | Facsimile:   (614) 464-2002 |
| ) | |
| ) | Counsel for Specially Appearing |
| ) | Defendants Stallion.com FSC Limited, |
| ) | DNR, Manic Media (aka Manic |
| ) | Media, Inc.),  Fiesta Catering |
| ) | International Inc., Mr. Damian |
| ) | Cross, Mr. Ed Kunkel, Ms. Camelia |
| ) | Francis and Mr. Adam Small |

Now come Max Kravitz and Michael Dortch of the firm of Kravitz, Brown & Dortch, LLC, to enter their appearances as counsel for specially appearing, additional-named defendant Mr. Adam Small.

1

Respectfully submitted,


/s/ Michael D. Dortch
Max Kravitz (0023765)
Michael D. Dortch (0043897)
KRAVITZ, BROWN & DORTCH, LLC
145 East Rich Street
Columbus, OH 43215
614.464.2000
614.4642002
mkravitz@kravitzlaw.com

Counsel for Specially Appearing Defendants STALLION.COM FSC LIMITED, DNR, MANIC MEDIA (AKA MANIC MEDIA, INC.), FIESTA CATERING INTERNATIONAL INC., MR. DAMIAN CROSS, MR. ED KUNKEL, MS. CAMELIA FRANCIS and MR. ADAM SMALL

## CERTIFICATE OF SERVICE

        This is to certify that a copy of the foregoing has been electronically filed this 11th day of April, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's System.

                                                /s/ Michael D. Dortch