IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 3:07 CV 604 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| vs. | ) | |
| | ) | |
| SEXSEARCH.COM, ET AL., | ) | NOTICE OF APPEARANCE |
| | ) | |
| Defendants. | ) | |

Please take notice that the undersigned attorneys are entering an appearance in this matter as counsel for defendant Jenna Marie Massoli (professionally known as Jenna Jameson).

Respectfully submitted,

s/ James A. Slater Jr.
Louis A Colombo (0025711)
James A. Slater Jr. (0074524)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East 9th Street
Cleveland, Ohio 44114-3485
(216) 621-0200
(216) 696-0740 (Fax)
lcolombo@bakerlaw.com
jslater@bakerlaw.com

-2-

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically with the Court's ECF system on this 12th day of April, 2007. Notice will be sent to the parties through the Court's system.

                                      s/ James A. Slater Jr.
                                      One of the Attorneys for Defendant Jenna Marie Massoli