UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

JOHN DOE,

    Plaintiff,

vs.

SEXSEARCH.COM, et al.,

    Defendants.
_____/

Case No. 3:07-cv-604
Judge Jack Zouhary

## AFFIDAVIT OF RECORDS CUSTODIAN

STATE OF FLORIDA    )
                             )
COUNTY OF BROWARD  )

    BEFORE ME, the undersigned authority, personally appeared Eric Harrington who, after first being duly sworn, deposes and states as follows:

1. My name is Eric Harrington and I am the President of Moniker Online Services, LLC.

2. In the course of my employment with Moniker, I have custody or control of Moniker's records.

3. The records produced by Moniker in response to the Court's Order in this matter were produced from Moniker's computer database and were prepared in the ordinary course of business at or near the time of the event or act.

4. There have been no changes or alterations in the records since the date of origination.

5. The records produced are true and correct copies of the information contained in Moniker's database.

_____
Eric Harrington

SWORN TO AND SUBSCRIBED BEFORE ME on this 10TH day of April 2007 by Eric Harrington who ( ) is personally known to me; or ( ) produced the following identification: _____FLDL_____.

BHANMATTIE DEODAT
Notary Public, State of Florida
My comm. expires April 27, 2009
No. DD 423614

_____
Notary Public, State of Florida

My commission expires: April 27, 2009