IT IS SO ORDERED.
s/ Jack Zouhary
United States District Judge
4/13/07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>v.<br><br>SexSearch.com, et al.,<br><br>        Defendants. | Case No. 3:07CV604<br><br>Honorable Jack Zouhary<br><br>**DEFENDANTS EXPERIENCED INTERNET.COM, INC.'S, MAURICIO BEDOYA'S AND PATRICIA QUESADA'S MOTION FOR LEAVE TO FILE BRIEF UP TO 30-PAGES IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(2) AND (6).**<br><br>Richard M. Kerger (0015864)<br>KERGER & ASSOCIATES<br>33 S. Michigan Street, Suite 100<br>Toledo, Ohio 43604<br>Telephone: (419) 255-5990<br>Fax: (419) 255-5997<br><br>Gary Jay Kaufman (*Pro hac vice*)<br>Dana Milmeister (*Pro hac vice*)<br>The Kaufman Law Group<br>1925 Century Park East<br>Suite 2350<br>Los Angeles, California 90067<br>Telephone: (310) 286-2202<br>Fax: (310) 712-0023<br><br>Counsel for Specially Appearing Defendants Experienced Internet.com, Inc., Mauricio Bedoya and Patricia Quesada |