**From:** Dean Boland <dean@deanboland.com>
**Subject:** Exhibits from TRO hearing
**Date:** April 13, 2007 12:26:33 AM EDT
**To:** "Scott R. Torpey, Esq." <storpey@jaffelaw.com>, "Michael D. Dortch" <mdortch@kravitzllc.com>, Richard Kerger <rkerger@kergerkerger.com>, William Adams <wadams@jaffelaw.com>, Jim Slater <jslater@bakerlaw.com>

1 Attachment, 47.7 KB    Save

To All:

You have all agreed not to dispute the authenticity of the 93 exhibits contained in the "Appendix of Exhibits" that was filed following the then-continued March 13, 2007 TRO hearing. We have also provided you with a copy of the exhibits we sought to use at the TRO hearing. From that set of exhibits, we intend to rely upon the following and seek your position on the authenticity of same:

Exhibits 2, 6A, 6B, 8-29, 31-48, 51-58, 60-69.

Please reply by noon on Friday so that we can contact the appropriate witnesses from our list to insure the items are authenticated if need be.

I have attached an affidavit from the business records custodian of Moniker. In light of this affidavit, please indicate by noon tomorrow whether you will agree to the authenticity, including the accuracy of the information within, the Moniker records I provided to all of you earlier on Thursday.



Sexsearch a....pdf (47.7 KB)



dean boland, attorney at law
www.deanboland.com
dean@deanboland.com
18123 Sloane Avenue
Lakewood, Ohio 44107
216.529.9371 phone
216.803.2131 fax