**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| John Doe, | ) | Case No. 3:07CV604 |
| | ) | |
| | ) | DEFENDANT CYTEK, LIMITED'S |
| Plaintiff, | ) | MOTION TO DISMISS THE |
| | ) | PLAINTIFF'S COMPLAINT FOR |
| | ) | FAILURE TO STATE A CLAIM |
| v. | ) | UPON WHICH RELIEF MAY BE |
| | ) | GRANTED (FRCP 12(b)(6)) |
| | ) | |
| SexSearch.com, et al., | ) | |
| | ) | |
| | ) | Max Kravitz (0023765) |
| Defendants. | ) | Michael D. Dortch (0043897) |
| | ) | KRAVITZ, BROWN & |
| | ) | DORTCH, LLC |
| | ) | 145 East Rich Street |
| | ) | Columbus, OH 43215 |
| | ) | 614.464.2000 |
| | ) | 614.4642002 |
| | ) | |
| | ) | Counsel to Defendant |
| | ) | CYTEK, LIMITED. |

Defendant Cytek, Limited ("Cytek") hereby moves to dismiss the Plaintiff's complaint for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Cytek adopts by reference those portions of the Memorandum filed today in support of the Fed. R. Civ. P. (12)(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief May Granted by Defendants Experienced Internet.com, Inc. ("EIC"), Mauricio Bedoya and Patricia Quesada.

    Respectfully submitted,

    /s/ Michael D. Dortch
    Max Kravitz (0023765)
    Michael D. Dortch (0043897)
    KRAVITZ, BROWN & DORTCH, LLC
    145 East Rich Street
    Columbus, OH 43215
    614.464.2000
    614.4642002
    mkravitz@kravitzlaw.com

    Counsel for Defendant CYTEK, LTD.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 13th day of April, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

    /s/ Michael D. Dortch