> **Motion DENIED.**
> The Court will reconsider if additional time is needed following Monday's Hearing.
> s/ JACK ZOUHARY  4/13/07
> U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No.: 3:07-cv-604 |
| PLAINTIFF, | Judge Jack Zouhary |
| vs. | |
| SexSearch.com, et al., | MOTION TO CONTINUE TRO HEARING CURRENTLY SCHEDULED FOR APRIL 16, 2007 |
| DEFENDANTS. | |

Now comes Plaintiff, John Doe, by and through his undersigned Counsel and respectfully requests this court continue the currently scheduled TRO hearing for the reasons contained in the attached brief.