UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>PLAINTIFF,<br><br>vs.<br><br>SexSearch.com, et al.,<br><br>DEFENDANTS. | Case No.: 3:07-cv-604<br><br>Judge Jack Zouhary<br><br>MOTION TO EXCEED PAGE LIMITATION FOR RESPONSE BRIEF TO DEFENDANTS MOTION IN OPPOSITION TO TRO AND DEFENDANTS' MOTIONS TO DISMISS |

Now comes Plaintiff, John Doe, by and through his undersigned Counsel and respectfully requests leave to exceed the page limitation on his response to Defendants' motions in opposition to the preliminary injunction as well as Defendants' motions to dismiss for the reasons contained in the attached brief.

**BRIEF**

Doe requests leave to file a memorandum up to 40 pages in response to Defendants' opposition to Doe's request for a preliminary injunction and the same length in response to all Defendants' motions to dismiss. Granting this request will save the court time as it will obviate the need for a separate response to each Defendants' motions on this two issues resulting in many more pages of briefs in response being submitted.

The 15-page limit (Local Rule 7.1(f)) is insufficient to address all the material covered in Defendants' two motions as they are themselves beyond their respective page limits having received leave of court to so exceed those limits.

For the reasons above, Doe respectfully requests this court grant leave to exceed the 15 page limit in the local rules and submit a brief up to 40 pages in response to Defendants' motions to terminate the temporary injunction as well as Defendants' joint motions to dismiss.

/s/Dean Boland
Dean Boland 65693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for John Doe

/s/Brandie L. Hawkins
Brandie L. Hawkins, 0078485
124 S. Metcalf Street
Lima Ohio 45801
419.225.5706 ph
419.225.6003 fax
Attorney for John Doe

CERTIFICATE OF SERVICE

A copy of the foregoing was served by operation of the court's electronic filing system on all parties on April 13, 2007.

/s/Dean Boland
Dean Boland (0065693)