**Motion Granted (30 pages only for each brief)**
__s/ Jack Zouhary  4/13/07__
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>PLAINTIFF,<br><br>vs.<br><br>SexSearch.com, et al.,<br><br>DEFENDANTS. | Case No.: 3:07-cv-604<br><br>Judge Jack Zouhary<br><br>MOTION TO EXCEED PAGE LIMITATION FOR RESPONSE BRIEF TO DEFENDANTS MOTION IN OPPOSITION TO TRO AND DEFENDANTS' MOTIONS TO DISMISS |

Now comes Plaintiff, John Doe, by and through his undersigned Counsel and respectfully requests leave to exceed the page limitation on his response to Defendants' motions in opposition to the preliminary injunction as well as Defendants' motions to dismiss for the reasons contained in the attached brief.