## PRIVACY POLICY

### SexSearch Privacy Policy Statement

This Privacy Policy Statement sets forth the policies and practices with respect to information or data gathered regarding paying and non-paying members of this Site. This is an adult Site that expressly and strictly limits its membership to adults. All persons under the age of majority in their jurisdiction are strictly prohibited from accessing or viewing the contents of this Site.

This Site does not knowingly seek or collect any personal information or data from persons under the age of majority.

Notice - Use of website by the paying or non-paying member constitutes the paying or non-paying member's express consent to the Use of Personal Information Collected by Site.

CAREFULLY READ THIS PRIVACY POLICY STATEMENT. BY YOUR USE OF THIS SITE YOU WILL BE EXPRESSLY SIGNIFYING THAT YOU AGREE TO THIS POLICY STATEMENT AND THAT YOU ASSENT TO THE USE OF ANY PERSONAL INFORMATION THAT YOU SUPPLY OR THAT IS COLLECTED ABOUT YOU AS DETAILED IN THIS POLICY STATEMENT.

IF YOU DO NOT EXPRESSLY AGREE WITH ALL OF THE TERMS OF THIS PRIVACY POLICY STATEMENT YOU SHOULD NOT JOIN OR USE THIS SITE.

### What Information About Paying and Non-Paying Members is Collected?

This site does not **at any time** collect credit card numbers and expiration dates. That information is collected by your credit card processor **only.**

When any adult consumer signs on as a paying or non-paying member of this Site, that consumer may be required to provide certain personal as well as demographic information which may include, but is not necessarily limited to, the paying or non-paying member's name, address, birthday, e-mail address, gender, marital status, occupation, education, username and password, and special interests or affiliations. This Site collects any and all such information and includes it in its customer database.

If the Site features or conducts any special events, special promotions or offers, contests or polls, a paying or non-paying member of the Site may be asked to provide information in order to participate. If the paying or non-paying member voluntarily provides that information, all such information may be collected by the Site and included in its customer database.

When a paying or non-paying member of this Site requests webpages from the Site's server or clicks on banners or other hypertext links, the Site will automatically collect some information or data about the paying or non-paying member, including the paying or non-paying member's IP address, the information that is collected may also indicate any special preferences or requests of the paying or non-paying member; all that information and data will be collected by the Site and included in its customer database.

If a paying or non-paying member sends any personal communication or correspondence, by any means, to the Site, or any of its employees, agents or representatives, the Site may collect any information regarding that communication and include that information in its customer database.

The Site may also automatically collect traffic and click-through data as well as information regarding the online behavior of paying or non-paying members - any information about paying or non-paying members collected by the Site through the use of programming means may be included in its customer database.

### Use of Personal Paying or non-paying member Information.

By the paying or non-paying member's use of the Site, the paying or non-paying member expressly agrees to receive offers and emails from SexSearch.

Please note that personal information about a paying or non-paying member may be collected by a third-party web service provider that has an advertising banner or link on the Site.

The Site is not responsible or liable for the use of any information that a paying or non-paying member may provide, or that is gathered by third-party websites that have banner ads or links on the Site. This Site does not control, monitor or endorse the information gathering practices or Privacy Policies of any of those third-party websites.

Whenever applicable, each paying or non-paying member should seek to read the Privacy Policy of any third-party website provider that has an advertising banner, advertises or has a link on the Site.

### Security of Personal Information Collected by the Site

Consistent with the Policies set forth in this Privacy Statement, the Site has adopted and implemented reasonable and technologically feasible procedures for maintaining the security, accuracy and integrity of all personal information relating to paying or non-paying members that is collected by the Site.

All paying or non-paying members should consider any information provided to or collected by the Site as non-confidential, and consequently the Site assumes no liability or responsibility if any information relating to any paying or non-paying member is intercepted and/or used by an unintended recipient.

### Use of Personal Information

In the event that any fraudulent claims are made on any of your personal transactions, be advised that we reserve the right to add to your account return fees as administered by the processor and collection costs when applicable. Additionally, we reserve the right to refer uncollected balances to third party collection agencies to investigate any returned bank/bankcard transactions.

### "OPT-IN" and "OPT-OUT" Provisions

There may be occasions when a paying or non-paying member will be presented with special offers either from the operators of the Site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials (collectively referred to as "Offers").

"OPT-IN" -- Some Offers may be presented to the paying or non-paying member with the option to express the subsciber's preference by either clicking or entering "accept"(alternatively"yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes" the paying or non-paying member indicates that the paying or non-paying member "OPTS-IN" to that Offer and thereby agrees and assents that the paying or non-paying member's personal information and data may be disclosed to third-parties.

"OPT-OUT" -- Other Offers may be presented with a pre-selected preference or choice. If the paying or non-paying member does not deselect the pre-selected preference of choice (i.e. "OPT-OUT" of the Offer) then the Site may transfer the paying or non-paying member's personal profile information to the third-party service or content provider making the Offer. If the paying or non-paying member deselects the pre-selected preference then no personal information about the paying or non-paying member may be disclosed to any third-party service or content provider.

### Terms and Conditions of Membership

Each paying or non-paying member should carefully read each of the terms and conditions of Membership of this Site. By accepting membership to this Site you are unconditionally accepting all of those terms and conditions. Some of those terms and conditions may also affect the right of this Site to use information that it has gathered from paying or non-paying members.

In the event of any conflicts between the Membership Terms, the Terms and Conditions and this Privacy Policy Statement, the provisions of this Privacy Policy shall prevail.

| Kitts Kat Marketing | Stallion.com FSC Limited | No Bounds Marketing Solutions |
|---|---|---|
| PO Box 1058 | 12 Kingslyn Avenue | Unit 110 Alpha Bldg Subic International Hotel U |
| Basseterre, St. Kitts | Kingston 10, WI N/A | Rizal Cor. Sta Rita Road, Subic Bay Freeport Zone |
| East Caribbean | JM | Olongapo City, Philippines 2200 |

FORGOT PASSWORD?  •  PRIVACY  •  TERMS / CONDITIONS  •  CUSTOMER SUPPORT  •  AFFILIATES

**ADULT PERSONALS** | VIDEO CHAT | INSTANT MESSAGING | AUTOMATCH | SEARCH | HOTLIST | HELP

# PRIVACY POLICY

### SexSearch Privacy Policy Statement

This Privacy Policy Statement sets forth the policies and practices with respect to information or data gathered regarding paying and non-paying members of this Site. This is an adult Site that expressly and strictly limits its membership to adults. All persons under the age of majority in their jurisdiction are strictly prohibited from accessing or viewing the contents of this Site.

This Site does not knowingly seek or collect any personal information or data from persons under the age of majority.

Notice - Use of website by the paying or non-paying member constitutes the paying or non-paying member's express consent to the Use of Personal Information Collected by Site.

CAREFULLY READ THIS PRIVACY POLICY STATEMENT. BY YOUR USE OF THIS SITE YOU WILL BE EXPRESSLY SIGNIFYING THAT YOU AGREE TO THIS POLICY STATEMENT AND THAT YOU ASSENT TO THE USE OF ANY PERSONAL INFORMATION THAT YOU SUPPLY OR THAT IS COLLECTED ABOUT YOU AS DETAILED IN THIS POLICY STATEMENT.

IF YOU DO NOT EXPRESSLY AGREE WITH ALL OF THE TERMS OF THIS PRIVACY POLICY STATEMENT YOU SHOULD NOT JOIN OR USE THIS SITE.

### What Information About Paying and Non-Paying Members is Collected?

This site does not **at any time** collect credit card numbers and expiration dates. That information is collected by your credit card processor **only.**

When any adult consumer signs on as a paying or non-paying member of this Site, that consumer may be required to provide certain personal as well as demographic information which may include, but is not necessarily limited to, the paying or non-paying member's name, address, birthday, e-mail address, gender, marital status, occupation, education, username and password, and special interests or affiliations. This Site collects any and all such information and includes it in its customer database.

If the Site features or conducts any special events, special promotions or offers, contests or polls, a paying or non-paying member of the Site may be asked to provide information in order to participate. If the paying or non-paying member voluntarily provides that information, all such information may be collected by the Site and included in its customer database.

When a paying or non-paying member of this Site requests webpages from the Site's server or clicks on banners or other hypertext links, the Site will automatically collect some information or data about the paying or non-paying member, including the paying or non-paying member's IP address, the information that is collected may also indicate any special preferences or requests of the paying or non-paying member; all that information and data will be collected by the Site and included in its customer database.

If a paying or non-paying member sends any personal communication or correspondence, by any means, to the Site, or any of its employees, agents or representatives, the Site may collect any information regarding that communication and include that information in its customer database.

The Site may also automatically collect traffic and click-through data as well as information regarding the online behavior of paying or non-paying members - any information about paying or non-paying members collected by the Site through the use of programming means may be included in its customer database.

### Use of Personal Paying or non-paying member Information.

By the paying or non-paying member's use of the Site, the paying or non-paying member expressly agrees to receive offers and emails from SexSearch.

Please note that personal information about a paying or non-paying member may be collected by a third-party web service provider that has an advertising banner or link on the Site.

The Site is not responsible or liable for the use of any information that a paying or non-paying member may provide, or that is gathered by third-party websites that have banner ads or links on the Site. This Site does not control, monitor or endorse the information gathering practices or Privacy Policies of any of those third-party websites.

Whenever applicable, each paying or non-paying member should seek to read the Privacy Policy of any third-party website provider that has an advertising banner, advertises or has a link on the Site.

### Security of Personal Information Collected by the Site

Consistent with the Policies set forth in this Privacy Statement, the Site has adopted and implemented reasonable and technologically feasible procedures for maintaining the security, accuracy and integrity of all personal information relating to paying or non-paying members that is collected by the Site.

All paying or non-paying members should consider any information provided to or collected by the Site as non-confidential, and consequently the Site assumes no liability or responsibility if any information relating to any paying or non-paying member is intercepted and/or used by an unintended recipient.

### Use of Personal Information

In the event that any fraudulent claims are made on any of your personal transactions, be advised that we reserve the right to add to your account return fees as administered by the processor and collection costs when applicable. Additionally, we reserve the right to refer uncollected balances to third party collection agencies to investigate any returned bank/bankcard transactions.

### "OPT-IN" and "OPT-OUT" Provisions

There may be occasions when a paying or non-paying member will be presented with special offers either from the operators of the Site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials (collectively referred to as "Offers").

"OPT-IN" -- Some Offers may be presented to the paying or non-paying member with the option to express the subscriber's preference by either clicking or entering "accept"(alternatively"yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes" the paying or non-paying member indicates that the paying or non-paying member "OPTS-IN" to that Offer and thereby agrees and assents that the paying or non-paying member's personal information and data may be disclosed to third-parties.

"OPT-OUT" -- Other Offers may be presented with a pre-selected preference or choice. If the paying or non-paying member does not deselect the pre-selected preference of choice (i.e. "OPT-OUT" of the Offer) then the Site may transfer the paying or non-paying member's personal profile information to the third-party service or content provider making the Offer. If the paying or non-paying member deselects the pre-selected preference then no personal information about the paying or non-paying member may be disclosed to any third-party service or content provider.

### Terms and Conditions of Membership

Each paying or non-paying member should carefully read each of the terms and conditions of Membership of this Site. By accepting membership to this Site you are unconditionally accepting all of those terms and conditions. Some of those terms and conditions may also affect the right of this Site to use information that it has gathered from paying or non-paying members.

Case 3:07-cv-00604-JZ  Document 124-4  Filed 04/14/2007  Page 4 of 4

In the event of any conflicts between the Membership Terms, the Terms and Conditions and this Privacy Policy Statement, the provisions of this Privacy Policy shall prevail.

| Kitts Kat Marketing | Stallion.com FSC Limited | CYTEK Limited |
|---|---|---|
| PO Box 1058 | 12 Kingslyn Avenue | 48 Wilmot Road |
| Basseterre, | Kingston 10, | Dartford, Kent, UK |
| St. Kitts | WI N/A | DA1 3BA |
| East Caribbean | JM | |

FORGOT PASSWORD? • PRIVACY • TERMS / CONDITIONS • CUSTOMER SUPPORT • AFFILIATES