# MINUTES OF PROCEEDINGS

United States District Court
Northern District of Ohio, Western Division

Doe

vs.

Sexsearch.com, et al.

Date: April 16, 2007

Judge: Jack Zouhary

Case Number: 07-CV-604

Court Reporter: Angela Nixon

Trial to ☐ Court ☐ Jury
☐ Opening Statements of Counsel
Plaintiff's case    ☐ begun ☐ continued & ☐ not concluded ☐ concluded
Defendant's case ☐ begun ☐ continued & ☐ not concluded ☐ concluded
☐ Testimony Taken (See Witness List)
☐ Rebuttal of Plaintiff    ☐ Surrebuttal of Defendant
☐ Final Arguments    ☐ Charge to the Jury
Jury Deliberations ☐ Begun  ☐ Continued & ☐ Not Concluded ☐ Concluded

Adjourned until _____ at _____

The Court held a Preliminary Injunction Hearing on April 16, 2007. Attorneys Dean Boland and Brandie Hawkins appeared for Plaintiff, and Attorneys Gary Kaufman, Rick Kerger, Dana Milmeister, Michael Dortch, Max Kravitz, William Adams, and Jim Slater appeared on behalf of Defendants. Plaintiff made an oral motion to continue, motion to vacate the Protective Order (Doc. No. 110), and motion regarding standing, all of which were denied by the Court. The Court heard arguments and considered evidence. The Court denied Plaintiff's Motion for Preliminary Injunction (Doc. No. 124) from the bench. Further, the TRO (Doc. No. 64), which was extended until this hearing was vacated. Finally, the Court sealed the 2 exhibits introduced by Plaintiff at the Hearing. A brief Order will follow.

4hr30min

Exhibits located in _____    /s/ Adam Nightingale, 4/16/07