IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                          Case No. 3:07 CV 604

                              Plaintiff,           <u>ORDER</u>

              -vs-                                 JUDGE JACK ZOUHARY

SexSearch.com, et al.,

                              Defendants.

The Court held a Preliminary Injunction Hearing on April 16, 2007.

Attorneys present: Dean Boland and BrandieHawkins for Plaintiff; Gary Kaufman, Richard Kerger, Dana Milmeister (by phone), Michael Dortch, Max Kravitz (by phone), William Adams, and Jim Slater for Defendants.

At the hearing, Plaintiff made three oral motions: (1) a motion to continue the hearing; (2) a motion to vacate the Protective Order for discovery; and (3) a motion regarding standing. Each of these motions was **denied** by the Court.

For the reasons noted by the Court on the record, Plaintiff's Motion for Preliminary Injunction (Doc. No. 124) is **denied**. Further, the Temporary Restraining Order issued on March 2, 2007 (Doc. No. 11) and extended by agreement through the date of the hearing (Doc. No. 64) is **vacated**. Defendants' Motion to Strike (Doc. No. 125) is **denied**.

At the Hearing, Plaintiff introduced two exhibits. These exhibits are being held under seal. The parties have fourteen days from the date of the hearing to request that these exhibits, as well as the declarations filed by Defendants (Doc. Nos. 126, 127), be released.

Defendants' Motions to Dismiss, both on personal jurisdiction grounds and on the merits, are now ripe for response. Plaintiff has until May 4, 2007 to file responses, and Defendants have until May 11, 2007 to file a joint reply brief on the merits and separate briefs as appropriate on jurisdictional grounds. Page limits per local rule will be enforced.

IT IS SO ORDERED.

___ s/ *Jack Zouhary* ____
JACK ZOUHARY
U. S. DISTRICT JUDGE