**From:** GSUbum <gsubum@yahoo.com>
**Subject:** **John Doe vs. Sexsearch.com et. al. Discovery Dispute**
**Date:** April 24, 2007 3:37:43 PM EDT
**To:** Dana@GaryJKaufmanLaw.com, mdortch@kravitzllc.com, rkerger@kergerkerger.com, storpey@jaffelaw.com, wadams@jaffelaw.com, lcolombo@bakerlaw.com, jslater@bakerlaw.com, dean@deanboland.com

Ms. Milmeister,
It is my understanding that Mr. Boland is in Court all day. He is not available to speak with anyone on Wednesday at 2:00pm, however, he would be available at 4:00pm. I am likewise unavailable on said time and date.

My suggestion is that we comply with the Court's directive by first engaging in a phone conference about this issue without the presence of the Judge, thereafter, if we are unable to resolve the discovery dispute, it would be appropriate to prepare joint statements and approach the Court.

Thank you,
Brandie L. Hawkins
124 South Metcalf Street
Lima, Ohio 45801
419.225.5706 phone
419.225.6003 fax

_____
Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Dockets.Justia.com