# Kravitz, Brown & Dortch, LLC

Attorneys at Law

Max Kravitz
Janet Kravitz
Paula Brown
Michael D. Dortch
Jacob Cairns
Lori A. Catalano
Kristopher A. Haines

145 East Rich Street
Columbus, Ohio 43215-5240
614.464.2000
fax 614.464.2002

mdortch@kravitzllc.com

April 25, 2007

*Of Counsel:*
William H. Bluth*
*Also admitted in NY

**_VIA TELECOPIER:248.552.3201_**

AT&T, Inc.
208 South Akard
10th Floor
Dallas, TX 75202

ATTN: Records Custodian

    Re:    Subpoenas issued in the matter of:
            John Doe v. Sexsearch.com, et al.
               United States District Court, Northern District of Ohio.
               Case No. 3:07 CV 604

To Whom It May Concern:

    This firm represents Cytek, Limited, the operator of web sites using the domain names sexsearch.com and sexsearchcom.com. We also represent several other individuals and entities alleged to be associated in one way or another with this web site. It has come to our attention that you have received, or may be about to receive, subpoenas to produce documents in connection with the above captioned case.

    This letter is to notify you that the validity of this subpoena is in question. Certain of our clients have demanded that the attorney who issued this subpoena notify you that he is withdrawing the subpoena, immediately. It is our sincere hope that the subpoena will be voluntarily withdrawn.

    If the subpoena is not voluntarily withdrawn, our clients intend to move to quash this subpoena. Please do not produce any information in response to this subpoena until the Court has had an opportunity to rule upon the necessity of a response to this subpoena. We will inform you immediately of the Court's decision regarding discovery.

You or your legal counsel may contact me at the above telephone number. Thank you in advance for your anticipated cooperation.

Very truly yours,

Michael D. Dortch

cc (via email):

    Dean Boland, Esq.
    Brandie Hawkins, Esq.
    Dana Milmeister, Esq. and Gary Kaufman, Esq. (The Kaufman Law Group)
    Richard M. Kerger, Esq. (Kerger & Associates)
    Scott Torpey, Esq. and William Adams, Esq. (Jaffe, Rait, Heur & Weiss)
    James Slater, Jr., Esq. (Baker & Hostetler, LLP)
    Max Kravitz, Esq.

# Kravitz, Brown & Dortch, LLC

Attorneys at Law

| | | |
|---|---|---|
| Max Kravitz<br>Janet Kravitz<br>Paula Brown<br>Michael D. Dortch<br>Jacob Cairns<br>Lori A. Catalano<br>Kristopher A. Haines | 145 East Rich Street<br>Columbus, Ohio 43215-5240<br>614.464.2000<br>fax 614.464.2002<br><br>mdortch@kravitzllc.com<br><br>April 25, 2007 | *Of Counsel:*<br>William H. Bluth*<br>*Also admitted in NY |

**VIA TELECOPIER 650-253-0001**

Google
1600 Amphiteatre Parkway
Mountain View, CA 94063
ATTN: Records Custodian

    Re:    Subpoenas issued in the matter of:
              John Doe v. Sexsearch.com, et al.
                  United States District Court, Northern District of Ohio.
              Case No. 3:07 CV 604

To Whom It May Concern:

      This firm represents Cytek, Limited, the operator of web sites using the domain names sexsearch.com and sexsearchcom.com. We also represent several other individuals and entities alleged to be associated in one way or another with this web site. It has come to our attention that you have received, or may be about to receive, a subpoena to produce documents in connection with the above captioned case.

      This letter is to notify you that the validity of this subpoena is in question. Certain of our clients have demanded that the attorney who issued this subpoena notify you that he is withdrawing the subpoena, immediately. It is our sincere hope that the subpoena will be voluntarily withdrawn.

      If the subpoena is not voluntarily withdrawn, our clients intend to move to quash this subpoena. Please do not produce any information in response to this subpoena until the Court has had an opportunity to rule upon the necessity of a response to this subpoena. We will inform you immediately of the Court's decision regarding discovery.

You or your legal counsel may contact me at the above telephone number. Thank you in advance for your anticipated cooperation.

Very truly yours,

Michael D. Dortch

cc (via email):

Dean Boland, Esq.
Brandie Hawkins, Esq.
Dana Milmeister, Esq. and Gary Kaufman, Esq. (The Kaufman Law Group)
Richard M. Kerger, Esq. (Kerger & Associates)
Scott Torpey, Esq. and William Adams, Esq. (Jaffe, Rait, Heur & Weiss)
James Slater, Jr., Esq. (Baker & Hostetler, LLP)
Max Kravitz, Esq.

# Kravitz, Brown & Dortch, LLC

Attorneys at Law

Max Kravitz
Janet Kravitz
Paula Brown
Michael D. Dortch
Jacob Cairns
Lori A. Catalano
Kristopher A. Haines

145 East Rich Street
Columbus, Ohio 43215-5240
614.464.2000
fax 614.464.2002

mdortch@kravitzllc.com

April 25, 2007

*Of Counsel:*
William H. Bluth*
*Also admitted in NY

**VIA EMAIL:  www.ibill.com**

Internet Billing Company, Ltd.
iBill.com
2200 SW 10th Street
Deerfield Beach, FL 33442
ATTN:  Records Custodian

Re:   Subpoenas issued in the matter of:
       John Doe v. Sexsearch.com, et al.
           United States District Court, Northern District of Ohio.
           Case No. 3:07 CV 604

To Whom It May Concern:

   This firm represents Cytek, Limited, the operator of web sites using the domain names sexsearch.com and sexsearchcom.com.  We also represent several other individuals and entities alleged to be associated in one way or another with this web site.  It has come to our attention that you have received, or may be about to receive, a subpoena to produce documents in connection with the above captioned case.

   This letter is to notify you that the validity of this subpoena is in question.  Certain of our clients have demanded that the attorney who issued this subpoena notify you that he is withdrawing the subpoena, immediately.  It is our sincere hope that the subpoena will be voluntarily withdrawn.

   If the subpoena is not voluntarily withdrawn, our clients intend to move to quash this subpoena.  Please do not produce any information in response to this subpoena until the Court has had an opportunity to rule upon the necessity of a response to this subpoena.  We will inform you immediately of the Court's decision regarding discovery.

You or your legal counsel may contact me at the above telephone number. Thank you in advance for your anticipated cooperation.

Very truly yours,

Michael D. Dortch

cc (via email):

Dean Boland, Esq.
Brandie Hawkins, Esq.
Dana Milmeister, Esq. and Gary Kaufman, Esq. (The Kaufman Law Group)
Richard M. Kerger, Esq. (Kerger & Associates)
Scott Torpey, Esq. and William Adams, Esq. (Jaffe, Rait, Heur & Weiss)
James Slater, Jr., Esq. (Baker & Hostetler, LLP)
Max Kravitz, Esq.

# Kravitz, Brown & Dortch, LLC
Attorneys at Law

Max Kravitz
Janet Kravitz
Paula Brown
Michael D. Dortch
Jacob Cairns
Lori A. Catalano
Kristopher A. Haines

145 East Rich Street
Columbus, Ohio 43215-5240
614.464.2000
fax 614.464.2002

mdortch@kravitzllc.com

April 24, 2007

*Of Counsel:*
William H. Bluth*
*Also admitted in NY

**<u>VIA TELECOPIER 954.312.4501</u>**

Mr. Thomas A. Fisher
Executive Vice President
CWIE Holding Company, Inc.
1501 West 17th Strret
Tempe, AZ 85281

    Re:    Subpoenas issued in the matter of:
                John Doe v. Sexsearch.com, et al.
                United States District Court, Northern District of Ohio.
                Case No. 3:07 CV 604

Dear Mr. Fisher:

       This firm represents Cytek, Limited, the operator of web sites using the domain names sexsearch.com and sexsearchcom.com. We also represent several other individuals and entities alleged to be associated in one way or another with this web site. It has come to our attention that you have received, or may be about to receive, a subpoena to produce documents in connection with the above captioned case.

       This letter is to notify you that the validity of this subpoena is in question. Certain of our clients have demanded that the attorney who issued this subpoena notify you that he is withdrawing the subpoena, immediately. It is our sincere hope that the subpoena will be voluntarily withdrawn.

       If the subpoena is not voluntarily withdrawn, our clients intend to move to quash this subpoena. Please do not produce any information in response to this subpoena until the Court has had an opportunity to rule upon the necessity of a response to this subpoena.

You or your legal counsel may contact me at the above telephone number. Thank you in advance for your anticipated cooperation.

Very truly yours,

Michael D. Dortch

cc (via email):

    Dean Boland, Esq.
    Brandie Hawkins, Esq.
    Dana Milmeister, Esq. and Gary Kaufman, Esq. (The Kaufman Law Group)
    Richard M. Kerger, Esq. (Kerger & Associates)
    Scott Torpey, Esq. and William Adams, Esq. (Jaffe, Rait, Heur & Weiss)
    James Slater, Jr., Esq. (Baker & Hostetler, LLP)
    Max Kravitz, Esq.

# Kravitz, Brown & Dortch, LLC
Attorneys at Law

Max Kravitz
Janet Kravitz
Paula Brown
Michael D. Dortch
Jacob Cairns
Lori A. Catalano
Kristopher A. Haines

145 East Rich Street
Columbus, Ohio 43215-5240
614.464.2000
fax 614.464.2002

mdortch@kravitzllc.com

*Of Counsel:*
William H. Bluth*
*Also admitted in NY

April 24, 2007

**VIA TELECOPIER 954.312.4501**

Jettis, Inc. Support Center
PO Box 4395
Deerfield Beach, FL 33442
ATTN: Todd Moran

Re: Subpoenas issued in the matter of:
John Doe v. Sexsearch.com, et al.
United States District Court, Northern District of Ohio.
Case No. 3:07 CV 604

Dear Mr. Moran:

This firm represents Cytek, Limited, the operator of web sites using the domain names sexsearch.com and sexsearchcom.com. We also represent several other individuals and entities alleged to be associated in one way or another with this web site. It has come to our attention that you have received, or may be about to receive, a subpoena to produce documents in connection with the above captioned case.

This letter is to notify you that the validity of this subpoena is in question. Certain of our clients have demanded that the attorney who issued this subpoena notify you that he is withdrawing the subpoena, immediately. It is our sincere hope that the subpoena will be voluntarily withdrawn.

If the subpoena is not voluntarily withdrawn, our clients intend to move to quash this subpoena. Please do not produce any information in response to this subpoena until the Court has had an opportunity to rule upon the necessity of a response to this subpoena.

   You or your legal counsel may contact me at the above telephone number. Thank you in advance for your anticipated cooperation.


                                                    Very truly yours,

                                                    *[signature]*

                                                    Michael D. Dortch


cc (via email):

   Dean Boland, Esq.
   Brandie Hawkins, Esq.
   Dana Milmeister, Esq. and Gary Kaufman, Esq. (The Kaufman Law Group)
   Richard M. Kerger, Esq. (Kerger & Associates)
   Scott Torpey, Esq. and William Adams, Esq. (Jaffe, Rait, Heur & Weiss)
   James Slater, Jr., Esq. (Baker & Hostetler, LLP)
   Max Kravitz, Esq.

# Kravitz, Brown & Dortch, LLC

Attorneys at Law

| | | |
|---|---|---|
| Max Kravitz | 145 East Rich Street | *Of Counsel:* |
| Janet Kravitz | Columbus, Ohio 43215-5240 | William H. Bluth* |
| Paula Brown | 614.464.2000 | *Also admitted in NY |
| Michael D. Dortch | fax 614.464.2002 | |
| Jacob Cairns | | |
| Lori A. Catalano | mdortch@kravitzllc.com | |
| Kristopher A. Haines | | |

April 24, 2007

**<u>VIA TELECOPIER: 512. 263.3099</u>**

Mr. Bill Parodi
Web Transaction Services, Inc.
8947 Bee Cave Rd
Austin, TX 78746

    Re:    Subpoenas issued in the matter of:
              John Doe v. Sexsearch.com, et al.
                  United States District Court, Northern District of Ohio.
                  Case No. 3:07 CV 604

Dear Mr. Parodi:

      This firm represents Cytek, Limited, the operator of web sites using the domain names sexsearch.com and sexsearchcom.com. We also represent several other individuals and entities alleged to be associated in one way or another with this web site. It has come to our attention that you have received, or may be about to receive, a subpoena to produce documents in connection with the above captioned case.

      This letter is to notify you that the validity of this subpoena is in question. Certain of our clients have demanded that the attorney who issued this subpoena notify you that he is withdrawing the subpoena, immediately. It is our sincere hope that the subpoena will be voluntarily withdrawn.

      If the subpoena is not voluntarily withdrawn, our clients intend to move to quash this subpoena. Please do not produce any information in response to this subpoena until the Court has had an opportunity to rule upon the necessity of a response to this subpoena.

You or your legal counsel may contact me at the above telephone number. Thank you in advance for your anticipated cooperation.

Very truly yours,

Michael D. Dortch

cc (via email):

    Dean Boland, Esq.
    Brandie Hawkins, Esq.
    Dana Milmeister, Esq. and Gary Kaufman, Esq. (The Kaufman Law Group)
    Richard M. Kerger, Esq. (Kerger & Associates)
    Scott Torpey, Esq. and William Adams, Esq. (Jaffe, Rait, Heur & Weiss)
    James Slater, Jr., Esq. (Baker & Hostetler, LLP)
    Max Kravitz, Esq.