LAW OFFICES OF

# KERGER & ASSOCIATES

THE BAKERY BUILDING

33 S. MICHIGAN STREET, SUITE 100

TOLEDO, OHIO 43604

Telephone: (419) 255-5990
Fax: (419) 255-5997

Richard M. Kerger
Stephen D. Hartman
Kimberly A. Conklin
Zachary M. Clark

April 25, 2007

rickkerger@kergerkerger.com
stevehartman@kergerkerger.com
kimconklin@kergerkerger.com
zclark@kergerkerger.com

Hon. Jack Zouhary
United States District Judge
U.S. Courthouse and Customs Building
1716 Spielbusch Avenue
Toledo, OH 43624

**VIA FAX #(419) 213-5680**

Re:  *John Doe v. SexSearch.com, et al.*
     Case No. 3:07CV604

Dear Judge Zouhary:

I am writing to supplement our earlier letter. I was advised that you do not wish us to file a Motion to Quash, and while we certainly intend to abide by the Court's wishes, the fact is that the timing of this circumstance is critical.

Counsel for plaintiff made the subpoenas returnable at 9:00 a.m. on April 30th at his office. Virtually all of the custodians of the documents are outside of Ohio. Accordingly in order to comply with the literal language of the subpoena, they must place the materials into some sort of delivery system by Friday. At this point, since counsel for plaintiff is unavailable until 1:00 p.m. Friday for a conference call on this matter, and since the Court cannot take the call until 3:45 p.m., it is extremely unlikely that we will be able to prevent the parties from sending the documents to counsel for the plaintiff.

Based on his handling of subpoenas and other matters in this case, we have great concern about documents of this kind getting into his possession. While we understand the Court does not wish us to file a Motion to Quash, it may be the only way we have in which to try to protect our clients from these improper actions.

Hon. Jack Zouhary
April 25, 2007
Page 2

      We do appreciate your attention to this matter and wish we did not have to revisit the issue.

                      Sincerely yours,

                      Richard M. Kerger

RMK:bam