UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe,<br><br>PLAINTIFF,<br><br>vs.<br><br>SexSearch.com, et al.,<br><br>DEFENDANTS. | Case No. 3:07-CV-604<br><br>Judge Jack Zouhary<br><br>AGREED DISMISSAL OF<br>CJ, INC.<br>CJI, INC.<br>CLUB JENNA, INC<br>JENNA JAMESON<br>PLAYBOY ENTERPRISES, INC. |

Plaintiff, John Doe, hereby dismisses, without prejudice, Defendants, CJ, Inc., CJI, Inc., Club Jenna, Inc., Jenna Jameson (aka Jenna Marie Massoli), and Playboy Enterprises, Inc. from this Action pursuant to Federal Civil Rule 41(a)(1).

/s/Dean Boland
Dean Boland 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for John Doe

/s/ Brandie Hawkins
Brandie L. Hawkins 0078485
124 S. Metcalf Street
Lima Ohio 45801
gsubum@yahoo.com
419.225.5706 ph
419.225.6003 fax
Attorney for John Doe

1

CERTIFICATE OF SERVICE

      A copy of the foregoing Voluntary Dismissal was served by operation of the court's electronic filing system on all parties whom have filed notices of appearance as of this date.

                                              /s/Dean Boland
                                              Dean Boland (0065693)