Doe v. SexSearch.com et al                                                                                                          Doc. 142

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                                               Case No. 3:07 CV 604

                Plaintiff,                        ORDER

-vs-
                                                  JUDGE JACK ZOUHARY

SexSearch.com, et al.,

                Defendants.

The Court held a telephone discovery dispute conference, on the Record, on April 26, 2007.

Attorneys present: Dean Boland and Brandie Hawkins for Plaintiff; William Adams, Michael Dortch, Gary Kaufman, Dana Milmeister, and Richard Kerger for Defendants.

Plaintiff's Motion for Status Conference to be Held on the Record (Doc. No. 139) was **granted**, and the discovery dispute conference was held on the Record.

Defendants' Motions to Dismiss on personal jurisdiction grounds (Doc. Nos. 113, 117, 118, and 123) are **held in abeyance** pending resolution of Defendants' Rule 12(b)(6) Motion to Dismiss on the merits (Doc. No. 123). All previously authorized (pre-planning-meeting )discovery is also **held in abeyance**, including all outstanding subpoenas. Plaintiff will notify all third parties who have been served with subpoenas that those subpoenas have been stayed and response is not required at this time. Further, Plaintiff's counsel will copy all defense counsel on that notification and, in the future, will notify third parties that any documents produced should also be provided to all interested counsel with each party to bear any copy costs.

Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions to Dimiss [sic] (Doc. No. 140) is **granted**. Plaintiff's Memorandum in Opposition is due by **May 18, 2007**, and Defendants' Joint Reply is due by **May 25, 2007**.

IT IS SO ORDERED.

                                                               s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE