t 26     Filed 03/13/2007     Page 1 of 2

FILED
2007 MAY -3 PM 2: 18
CLERK U.S.
NORTHERN DISTRICT OF OHIO
TOLEDO

CLERK OF THE U.S. DISTRICT COURT
114 U.S. COURTHOUSE
TOLEDO, OHIO 43624
OFFICIAL BUSINESS

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By _____ Deputy Clerk

STATES DISTRICT COURT
HERN DISTRICT OF OHIO
TERN DIVISION

Case No. 3:07 CV 604

ORDER

JUDGE JACK ZOUHARY

[handwritten addressing:]
INCONNU (Unknown)
Camelot Francis
12 Kingslyn Ave,
Kingston
Jamaica
DÉCÉDÉ (Deceased)

Hasler
016H16504600
$00.390
Mailed From 43604
03/14/2007
US POSTAGE

tion / Temporary Restraining Order Hearing on March

d and Brandie Hawkins appeared on behalf of Plaintiff.

d, despite attempts by Plaintiff and the Court to secure

Court to extend a temporary restraining order "for good

e instant action, the Court determined that good cause

estraining Order (Doc. No. 11), and the circumstances

tension of this Order is necessary, as Defendants have

rary Restraining Order filed March 2, 2007 is extended

by sale or lease, or liquidate any collateral or assets,

trolled by Cyber Flow Solutions, Inc., SexSearch.com,

SexSearchcom.com, Manic Media, and Orgasm.com outside of the ordinary course of business;