CLERK OF THE U.S. DISTRICT COURT
114 U.S. COURTHOUSE
TOLEDO, OHIO 43624

OFFICIAL BUSINESS

016H16504600
$00.390
03/14/2007
Mailed From 43604
US POSTAGE

RETURNED

Removed 23 3 07

DNR
IE Braemar Ave.
Unit 19
Kingston 10 W I Jamaica

Premises unoccupied ___ Unclaimed

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No. 3:07 CV 604

JUDGE JACK ZOUHARY

**ORDER**

Temporary Restraining Order Hearing on March [...] and Brandie Hawkins appeared on behalf of Plaintiff, despite attempts by Plaintiff and the Court to secure [...] to extend a temporary restraining order "for good [...] instant action, the Court determined that good cause [...] sion of this Order is necessary, as Defendants have [...] raining Order (Doc. No. 11), and the circumstances [...] ry Restraining Order filed March 2, 2007 is extended [...] by Cyber Flow Solutions, Inc., SexSearch.com, [...] sale or lease, or liquidate any collateral or assets, [...]

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio

By _____ David A. [signature]
Deputy Clerk