UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No.: 3:07-cv-604 |
| PLAINTIFF, | |
| | Judge Jack Zouhary |
| vs. | |
| SexSearch.com, et al., | NOTICE OF DISMISSAL OF ALL PENDING CRIMINAL CHARGES AGAINST JOHN DOE |
| DEFENDANTS. | |

Now comes Plaintiff, John Doe, by and through his undersigned Counsel and respectfully notifies this court of the dismissal of all criminal charges pending against John Doe. (Exhibit 1). These charges have been previously referenced in filings, discussions and by other means on the record of this case.

1

/s/Dean Boland
Dean Boland, 0065693
18123 Sloane Avenue
Lakewood, Ohio 44107
dean@deanboland.com
216.529.9371 phone
216.803.2131 fax
Attorney for John Doe

/s/Brandie L. Hawkins
Brandie L. Hawkins, 0078485
124 S. Metcalf Street
Lima Ohio 45801
419.225.5706 ph
419.225.6003 fax
Attorney for John Doe

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served by operation of the court's electronic filing system on all parties on the date of its filing.

/s/Dean Boland
Dean Boland (0065693)