Doe v. SexSearch.com et al          Case 3:07-cv-00604-JZ   Document 152-2   Filed 08/20/2007   Page 1 of 1          Doc. 152 Att. 1

```
                                                            FILED
                                                            COUNTY
                                                      COMMON PLEAS COURT

                                                      2007 AUG 15  P 1:21

                                                      CLERK OF COURTS
```

        IN THE COMMON PLEAS COURT OF          COUNTY, OHIO

STATE OF OHIO,

        Plaintiff,

    vs.                                   JUDGMENT ENTRY

                                                  JUDGE

        Defendant.


        On motion of the State of Ohio, and for good cause shown, it is hereby

ORDERED that this matter be dismissed.

        Costs paid.

        Approved by the Court.  The Clerk is instructed to file this Entry and to enter

the same upon the Journal of this Court.


                                        JUDGE  |        |


APPROVED:

                        County
Prosecuting Attorney

                        CERTIFICATION

        I hereby certify that a copy of the foregoing Entry was served upon Brandie L.
Hawkins and William F. Kluge, Attorneys for Defendant, 124 S. Metcalf St., Lima, OH
45801; and Dean Boland, Attorney for Defendant, 18123 Sloane Ave., Lakewood, OH
44107, by ordinary U.S. Mail this 7th day of August, 2007.


                        Prosecuting Attorney

                                JOURNAL _130_ PAGE _698_

                                JOURNALIZED DATE _8-15-07_