IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                                                                Case No. 3:07cv604

                Plaintiff,

   -vs-                                                                   <u>JUDGMENT   ENTRY</u>

SexSearch.com, et al.,

       For the reasons stated in the Memorandum Opinion and Order filed contemporaneously with this entry IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss is **granted,** and Plaintiff's Motion to Strike is **denied**. **Case is dismissed**.

      **IT IS SO ORDERED.**

                                              <u>s/   JACK ZOUHARY            8/22/07</u>
                                                 UNITED STATES DISTRICT JUDGE