UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN DOE,

    Plaintiff-Appellant,

vs.

SEXSEARCH.COM, et al.,

    Defendants-Appellees.

CASE NO.: 3:07-cv-604

## NOTICE OF APPEAL

Notice is hereby given that John Doe hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment and dismissal entered in this action on the 22nd of August, 2007.

/s/ Dean Boland
Dean Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
216-529-9371 phone
866-455-1267 fax
dean@deanboland.com
Attorney for John Doe

CERTIFICATE OF SERVICE

A copy of this notice was served this 19th day of September, 2007, upon all parties by operation of the court's Electronic Case Filing system.

/s/ Dean Boland
Dean Boland